(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>**MIDDLE DISTRICT OF FLORIDA** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle)<br>PERELESS, COURTNEY | Name of Joint Debtor (Spouse)(Last, First, Middle)<br>PERELESS, JOHN |
|---|---|
| All Other Names used by Debtor in the last 6 years<br>(include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc Sec N /Complete EIN or other Tax I D<br>No (if more than one, state all) 5086 | Last four digits of Soc Sec N /Complete EIN or other Tax I D No<br>(if more than one, state all) 7833 |
| Street Address of Debtor (No & Street, City, State & Zip Code)<br>1455 PALMA BLANCA CT<br>NAPLES FL 34119 | Street Address of Joint Debtor (No & Street, City, State & Zip Code)<br>1455 PALMA BLANCA CT<br>NAPLES FL 34119 |
| County of Residence or of the<br>Principal Place of Business    COLLIER | County of Residence or of the<br>Principal Place of Business    COLLIER |
| Mailing Address of Debtor (if different from street address) | Mailing Address of Joint Debtor (if different from street address) |
| Location of Principal Assets of Business Debtor<br>(if different from street address above) | *NF* |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principle place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7 ☐ Chapter 11 ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec 304 - Case ancillary to foreign proceeding | |
| ☐ Other _____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☑ Consumer/Non-Business | ☐ Business | ☑ Full Filing Fee Attached |

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U S C § 101

☐ Debtor is and elects to be considered a small business under 11 U S C § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments Rule 1006(b) See Official Form No 3

### Statistical/Administrative Information    (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditor

THIS SPACE IS FOR COURT USE ONLY

CLERK US
COURT
DEC 27 2004
BANKRUPTCY
FLORIDA

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)                                                                        FORM B1,  Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)  COURTNEY PERELESS<br>JOHN PERELESS |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years**(If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed     NONE | Case Number | Date Filed |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor<br>NONE | Case Number | Date Filed |
| District | Relationship | Judge |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
     Signature of Debtor

X _____
     Signature of Joint Debtor

239-825-4232
Telephone Number (if not represented by attorney)

12/22/04
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e g , forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Security Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X _____
     Signature of Attorney for Debtor(s)              Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition
☑  No

### Signature of Attorney

X _____
     Signature of Attorney for Debtor(s)

_____
Print Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
     Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U S C §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 USC § 110(c) )

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X _____
     Signature of Bankruptcy Petition Preparer

_____
Date
A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C  § 110, 18 U S C  § 156

Form B6-Cont
(6/90)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

**In re**  COURTNEY PERELESS                     Case No. _____
**Debtor**                                                (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        0.00 | | |
| B - Personal Property | YES | 4 | $     1925.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $        0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $        0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 24 | | $  2116818 23 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $        0.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $     1100.00 |
| Total Number of Sheets of ALL Schedules ➤ | | 36 | | | |
| Total Assets ➤ | | | $     1925 00 | | |
| Total Liabilities ➤ | | | | $  2116818 23 | |

FORM B6A
(6/90)

*In re*  COURTNEY PERELESS
    Debtor

Case No _____
            **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J" or "C" in the column labeled "Husband, Wife, Joint, or Community "  If the debtor holds no interest in real property, write "None" under "Description and Location of Property "

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim  See Schedue D  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim "  If the debtor is an individual or if a joint

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint or Comm- unity | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total ➤ | | |

(Report also on Summary of Schedules )

FORM B6B
(10/89)

In re  COURTNEY PERELESS

Debtor

Case No. _____
                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None"  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community "  If the debtor is an individual or a joint petition is filed, state the the amount of any exemptions claimed only in Schedue C - Property Claimed as Exempt

**Do not list interests in executory contracts and unexpired leases on this schedule  List them in Schedule G - Executory Contracts and Unexpired Leases**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property "

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint or Community | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1   Cash on hand | X | | | 0.00 |
| 2   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | CHECKING ACCOUNT BANK OF AMERICA | W | 675 00 |
| 3   Security deposits with public utilities, telephone companies, landlords, and others | X | | | 0.00 |
| 4   Household goods and furnishings, including audio, video, and computer equipment | X | | | 0 00 |
| 5   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | 0 00 |
| 6   Wearing apparel | | CLOTHING RESIDENCE | H | 500.00 |
| | | CLOTHING RESIDENCE | W | 750 00 |

FORM B6B - Cont
(10/89)

In re  COURTNEY PERELESS

Debtor

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint or Community | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7    Furs and jewelry | X | | | 0 00 |
| 8    Firearms and sports, photographic, and other hobby equipment | X | | | 0.00 |
| 9    Interests in insurance policies  Name insurance company of each policy and itemize surrender or refund value of each | X | | | 0 00 |
| 10   Annuities  Itemize and name each issuer | X | | | 0.00 |
| 11   Interests in IRA, ERISA, keogh, or other pension or profit sharing plans  Itemize | X | | | 0 00 |
| 12   Stock and interests in incorporated and unincorporated businesses  Itemize | X | | | 0 00 |
| 13   Interests in partnerships or joint ventures  Itemize | X | | | 0 00 |
| 14   Government and corporate bonds and other negotiable and nonnegotiable instruments | X | | | 0 00 |
| 15   Accounts receivable | X | | | 0 00 |
| 16   Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled  Give particulars | X | | | 0 00 |
| 17   Other liquidated debts owing debtor including tax refunds  Give particulars | X | | | 0.00 |
| 18   Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | 0 00 |

FORM B6B - Cont
(10/89)

In re  COURTNEY PERELESS

Debtor

Case No _____
                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| | TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint or Community | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 19 | Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | 0 00 |
| 20 | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims  Give estimated value of each | X | | | 0 00 |
| 21 | Patents, copyrights, and other intellectual property  Give particulars | X | | | 0.00 |
| 22 | Licenses, franchises, and other general intangibles  Give particulars | X | | | 0 00 |
| 23 | Automobiles, trucks, trailers, and other vehicles and accessories | X | | | 0 00 |
| 24 | Boats, motors, and accessories | X | | | 0.00 |
| 25 | Aircraft and accessories | X | | | 0 00 |
| 26 | Office equipment, furnishings, and supplies | X | | | 0.00 |
| 27 | Machinery, fixtures, equipment and supplies used in business | X | | | 0 00 |
| 28 | Inventory | X | | | 0.00 |
| 29 | Animals | X | | | 0.00 |
| 30 | Crops  growing or harvested  Give particulars | X | | | 0.00 |

FORM B6B - Cont
(10/89)

In re  COURTNEY PERELESS                                    Case No. _____
         Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint or Community | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31   Farming equipment and implements | X | | | 0  00 |
| 32   Farm supplies, chemicals and feed | X | | | 0  00 |
| 33   Other personal property of any kind not already listed  Itemize | X | | | 0  00 |

_____ continuation sheets attached          Total ➤ | 1925.00 |

(Include amounts from any continuation
sheets attached  Report totals also on
Summary of Schedules )

FORM B6C
(6 90)

In re  COURTNEY PERELESS
        Debtor

Case No _____
                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under
(Check one box)

☐  11 U S C § 522(b)(1)    Exemptions provided in U S C § 522(d) **Note: These exemptions are available only in certain states.**

☑  11 U S C § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's
                            domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer
                            portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety
                            or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law
                            All references are to Florida Statutes Annotated unless otherwise noted

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| CHECKING ACCOUNT | CONST. 10-4, | 675.00 | 675 00 |
| CLOTHING | CONST  10-4; | 500.00 | 500.00 |
| CLOTHING | CONST. 10-4, | 750.00 | 750.00 |
| | | | |

FORM B6D
(12/03)

In re COURTNEY PERELESS

Debtor

Case No _____
(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so List creditors holding all types of security interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests List creditors in alphabetical order to the extent practicable If all secured creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, Community "

If the claim is contingent, place an "X" in the column labeled, "Contingent " If the claim is unliquidated, place an "X" in the column labeled "Unliquidated " If the claim is disputed, place an "X" in the column labeled "Disputed " (You may need to place an "X" in more than one of these three columns )

Report the totals of all claims listed on the schedule in the box labeled "Total" on the last sheet of the completed schedule Report this total also on the Summary of Schedules

☑ Check this box if debtor has no creditors holding secured claims to report in this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | C O D E B T O R | Hus-band, Wife, Joint or Comm-unity | DATE CLAIM WAS INCURRED NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Subtotal * *      $
(Total of this page)

_____ continuation sheets attached

(Report total also on Summary of Schedules)

Form B6E
(Rev 12/03)

In re  COURTNEY PERELESS                          Case No _____
Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided Only holders of unsecured claims entitled to priority should be listed in this schedule In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled, "Contingent " If the claim is unliquidated, place an "X" in the column labeled "Unliquidated " If the claim is disputed, place an "X" in the column labeled "Disputed " (You may need to place an "X" in more than one of these three columns )

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule Repeat this total also on the Summary of Schedules

☑ Check this box if debtor has no creditors holding unsecured priority claims to report in this Schedule E

## TYPES OF PRIORITY CLAIMS   (Check this the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief 11 U S C § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U S C § 507(a)(3)

☐ **Contributions to employee benefits plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U S C § 507(a)(4)

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U S C § 507(a)(5)

☐ **Deposits by individuals**
Claims of individual up to $2,100* for deposits for purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided 11 U S C § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U S C § 507(a)(7)

☐ **Taxes and Certain Other Debts Owed to Government Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C § 507(a)(8)

☐ **Commitments to Maintain the Capital of an Insured Depository Instution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution 11 U S C § 507(a)(9)

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment

____ continuation sheets attached

FORM B6E - Cont
(12/03)

In re  COURTNEY PERELESS

Debtor

Case No. _____
              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

**TYPE OF PRIORITY**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions.) | C O D E B T O R | Hus-band, Wife, Joint or Comm-unity | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

Sheet no. 1 of 1 sheet attached to Schedule of Creditors Holding Priority Claims

Subtotal  ➤ $              0 00
(Total of this page)

FORM B6F (12/03)

In re COURTNEY PERELESS
_____
Debtor

Case No _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled, "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report totals of all claims listed on the schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report in this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above.) | C O D E B T O R | Husband, Wife, Joint or Comm- unity | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO <br><br> 185 MONMOUTH PKY ASSOC LP <br> 63 WEST MAIN ST SUITE B <br> BOX 5008 <br> FREEHOLD NJ 07728 | | H | 2000-2001 <br> BUSINESS | | | | 254638 30 |
| ACCOUNT NO <br><br> AARONS RENTALS <br> 3225 CLEVELAND AVENUE <br> FORT MYERS FL 33901 | | W | 2002 <br> BUSINESS | | | | 1388 20 |
| ACCOUNT NO <br> 4428135013617873 <br><br> ACADEMY COLLECTION SERVICES <br> 10965 DECATUR ROAD <br> PHILADELPHIA PA 19154 | | H | 2000 <br> COLLECTION | | | | 3433 01 |
| ACCOUNT NO <br> 15423-13589 <br><br> ADVANCED COLLECTION SERVICES | | H | 2002-2003 <br> COLLECTION | | | | 358 24 |

Subtotal ▷
(Total of this page)

259817.75

_____ continuation sheets attached

FORM B6F (12/03)

In re  COURTNEY PERELESS
_____Debtor_____

Case No _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | C O D E B T O R | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| P O  BOX 47036 ATLANTA GA 30362 | | | | | | | |
| ACCOUNT NO 5121071808809895 | | W | Approx 2000 CREDIT CARD | | | | 5474 94 |
| ALEGIS GROUP LP 15 SOUTH MAIN ST SUITE 600 GREENVILLE SC 29601 | | | | | | | |
| ACCOUNT NO 6141700 | | J | Approx 2000 CREDIT CARD | | | | 6682 73 |
| ALLIED DATA CORP 13111 WESTHEIMER SUITE 400 HOUSTON TX 77077 | | | | | | | |
| ACCOUNT NO VFB2JWT | | H | 2002-2003 CELL BILL | | | | 934 35 |
| ALLTEL P O  BOX 530533 ATLANTA GA 30353 | | | | | | | |
| ACCOUNT NO 03-13132 | | H | 12/12/03 MEDICAL | | | | 1638 00 |
| AMBITRANS MEDICAL TRANSPORT IN P O  BOX 494317 PORT CHARLOTTE FL 33949 | | | | | | | |

Sheet no __1__ of __ __ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

14730.02

FORM B6F (12/03)

In re  COURTNEY PERELESS                                    Case No. _____
         Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | C O D E B T O R | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 372522416721002 <br><br> AMERICAN EXPRESS <br> P O  BOX 7871 <br> FORT LAUDERDALE FL 33329 | | J | 2001 <br> CREDIT CARD | | | | 3717 37 |
| ACCOUNT NO 80035935394 <br><br> AMERICAN MEDICAL COLLECTION AG <br> P O  BOX 1235 <br> ELMSFORD NY 10523 | | H | 12/03-1/04 <br> MEDICAL | | | | 400 00 |
| ACCOUNT NO 5856-3730-0378-5685 <br><br> ANN TAYLOR - WFNNB <br> P O  BOX 659705 <br> SAN ANTONIO TX 78265 | | W | 2003 <br> CREDIT CARD | | | | 926 08 |
| ACCOUNT NO 5417 1224 1418 8217 <br><br> BANK ONE <br> P O  BOX 15153 <br> WILMINGTON DE 19886 | | W | 1999 <br> CREDIT CARD | | | | 16388 88 |
| ACCOUNT NO 040820602 <br><br> BCC FINANCIAL MANAGEMENT SERV <br> P O  BOX 47248 <br> OAK PARK MI 48237 | | H | 12/03 <br> MEDICAL | | | | 29624 69 |

Sheet no  2   of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤     51057.02
(Total of this page)

FORM B6F  (12 03)

In re  COURTNEY PERELESS                                        Case No _____
                 Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above.) | C O D E B T O R | Husband, Wife, Joint or Comm- unity | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 167686<br><br>BONDED COLLECTION AGENCY<br>P O  BOX 56<br>AVON NJ 07717 | | H | 11/03<br>MEDICAL | | | | 125 98 |
| ACCOUNT NO 5417122414188217<br><br>CAPITAL MANAGEMENT SERVICES IN<br>726 EXCHANGE STREET<br>SUITE 700<br>BUFFALO NY 14210 | | J | 1999<br>CREDIT CARD | | | | 16388 88 |
| ACCOUNT NO 4428135013617873<br><br>CHOICE VISA<br>P O  BOX 8105<br>S HACKENSACK NJ 07606 | | H | 2000<br>CREDIT CARD | | | | 6000 00 |
| ACCOUNT NO 5771<br><br>CHRISTINE FORSZPANIAK MD<br>848 1ST AVE NORTH #230<br>NAPLES FL 34102 | | H | 12/03<br>MEDICAL | | | | 240 00 |
| ACCOUNT NO<br><br>CHRYSLER FINANCIAL<br>4 WHITE PLAINS ROAD<br>TARRYTOWN NY 10591 | | H | 2000-2001<br>CAR LOAN | | | | 6600 56 |

Sheet no   3   of ___ sheets attached to Schedule of                           Subtotal ➤
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)                    29355  42

FORM B6F  (12/03)

In re  COURTNEY PERELESS                         Case No _____
              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above.) | C O D E B T O R | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO CLAIM #002588085-010883795<br><br>CHUBB & SON COLLECTION UNIT P O BOX 1600 WHITEHOUSE STATION NJ 08889 | | J | 2001 COLLECTION | | | | 350 66 |
| ACCOUNT NO 239-248-0047<br><br>CINGULAR WIRELESS GLENRIDGE HIGHLANDS TWO 5565 GLENRIDGE CONNECTOR ATLANTA GA 30342 | | W | 2003 CELLULAR PHONE | | | | 1000 00 |
| ACCOUNT NO 55410 6544 7883 2717<br><br>CITI CARDS P O BOX 8106 S HACKENSACK NJ 07606 | | W | 2000 CREDIT CARD | | | | 7320 36 |
| ACCOUNT NO 3791843<br><br>CLIENT SERVICES INC 3451 HARRY S TRUMAN BLVD ST CHARLES MO 63301 | | W | Approx 1999 COLLECTION | | | | 7320 36 |
| ACCOUNT NO<br><br>COLLECTION INFO BUREAU P O BOX 1467 LAKE WORTH FL 33460 | | H | 12/03 COLLECTION | | | | 15 00 |

Sheet no  4  of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)                    16006.38

FORM B6F (12/03)

In re  COURTNEY PERELESS
          Debtor

Case No. _____
                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | C O D E B T O R | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 4305 <br><br> COLLIER ANESTHESIA PA<br>P O  BOX 550729<br>TAMPA FL 33655 | | H | 12/03<br>MEDICAL | | | | 1530 00 |
| ACCOUNT NO 35467001 & 335467002 <br><br> COLONIAL PACIFIC LEASING CORP<br>13010 SW 68TH PKWY<br>PORTLAND OR 97223 | | H | Approx 2000<br>BUSINESS LEASE | | | | 63650.13 |
| ACCOUNT NO 1795774-89 <br><br> COMMERCIAL RECOVERY SYS INC<br>8035 EAST RL THORNTON<br>SUITE 220<br>DALLAS TX 75228 | | H | Approx 2000<br>COLLECTION | | | | 6600 56 |
| ACCOUNT NO 7000259241 <br><br> CREDITORS INTERCGANGE INC<br>P O  BOX 1335<br>BUFFALO NY 14240 | | H | 2000<br>COLLECTION | | | | 6600 56 |
| ACCOUNT NO CLAIM #002588085-0108833795 <br><br> D&B RMS<br>4836 BRECKSVILLE ROAD<br>P O  BOX 539 | | J | 2000 Approx<br>COLLECTION | | | | 350 66 |

Sheet no   5   of _  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

78731 91

FORM B6F  (12/03)

In re  COURTNEY PERELESS
　　　Debtor

Case No _____
　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | C O D E B T O R | Husband, Wife, Joint or Comm- unity | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| RICHFIELD OH 44286 | | | | | | | |
| ACCOUNT NO 122494 | | H | 2003 MEDICAL | | | | 1235 00 |
| DAVID S KAUFMAN ESQ 25 POMPTON AVE SUITE 204 VERONA NJ 07044 | | | | | | | |
| ACCOUNT NO 80036243344A | | H | 12/03-1/04 MEDICAL | | | | 400 00 |
| DSI LABORATORIES 12700 WESTLINKS DRIVE FORT MYERS FL 33913 | | | | | | | |
| ACCOUNT NO 21894526-410-4594 | | H | 11/03 MEDICAL | | | | 1191 00 |
| EMERGENCY PHYSICIANS ASSOC NJ P O BOX 850001 ORLANDO FL 32885 | | | | | | | |
| ACCOUNT NO 17 859401 | | H | 12/03 MEDICAL | | | | 349 00 |
| EMERGENCY PHYSICIANS OF NAPLES P O BOX 31548 TAMPA FL 33631 | | | | | | | |

Sheet no __6_ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

3175 00

FORM B6F (12/03)

In re  COURTNEY PERELESS                        Case No _____
          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | C O D E B T O R | Husband, Wife, Joint or Comm- unity | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 17 859401 <br><br> EMERGENCY PHYSICIANS OF NAPLES P O BOX 31548 TAMPA FL 33631 | | H | 12/03 <br> MEDICAL | | | | 349 00 |
| ACCOUNT NO 5417122414188217 <br><br> FINANCIAL ASSET MGMT SYS INC P O  BOX 926050 NORCROSS GA 30010 | | W | Approx 1998 <br> COLLECTIONS | | | | 16388 88 |
| ACCOUNT NO 541712241418 <br><br> FIRST USA BANK 1523 CONCORD PK WILMINGTON DE 19803 | | W | 2000 <br> CREDIT CARD | | | | 17000 00 |
| ACCOUNT NO 2203-152474 <br><br> FLORIDA FIRST FIN GROUP INC 1718 EAST GIDDENS AVE TAMPA FL 33610 | | W | 2002 <br> COLLECTION | | | | 1388 20 |
| ACCOUNT NO 791613 <br><br> FLORIDA ORTHOPAEDIC INSTITUTE D860225 ORLANDO FL 32886 | | H | 12/03-1/04 <br> MEDICAL | | | | 7500 00 |

Sheet no __7__ of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

42626.08

FORM B6F (12/03)

In re  COURTNEY PERELESS                                    Case No. _____
        Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above.) | C O D E B T O R | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 2037-000008833-NUR<br><br>GENTIVA HEALTH SERVICES P O  BOX 538053 ATLANTA GA 30353 | | H | 12/03-1/04<br><br>MEDICAL | | | | 770 00 |
| ACCOUNT NO FILE #12483-0008<br><br>GIORDANO HALLERAN & CIESLA 125 HALF MILE ROAD P O  BOX 190 MIDDLETOWN NJ 07748 | | H | 2000-2001<br><br>BUSINESS | | | | 109918 19 |
| ACCOUNT NO 103-9013-01818<br><br>GMAC SMART LEASE P O  BOX 660314 DALLAS TX 75266 | | W | 2002-2003<br><br>CAR LOAN | | | | 8387 83 |
| ACCOUNT NO 761233580<br><br>GOLDS GYM/EAST COAST FITNESS 2151 TRADE CENTER WAY NAPLES FL 34109 | | H | 2002-2003<br><br>GYM MEMBERSHIP | | | | 358 24 |
| ACCOUNT NO FILE #12792-38<br><br>GROEN LAMM GOLDBERG & RUBENSTO 4 GREENWOOD SQUARE SUITE | | H | 2000-2001<br><br>COLLECTION | | | | 63650 13 |

Sheet no _8_ of _ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤          | 183084  39 |
(Total of this page)

FORM B6F (12/03)

In re  COURTNEY PERELESS
Debtor

Case No _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | C O D E B T O R | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 200 P O BOX 8544 BENSALEM PA 19020 | | | | | | | |
| ACCOUNT NO DOCKET # MON-L-4334-01 | | H | 2000-2001 COLLECTION | | | | 254638 30 |
| GROSS TRUSS HERSTIK P C 63 WEST MAIN STREET BOX 5008 FREEHOLD NJ 07728 | | | | | | | |
| ACCOUNT NO D20306 | | H | 2003 MEDICAL | | | | 1674 00 |
| GULF COAST COLLECTION BUREAU 3621 WEBBER ST SARASOTA FL 34232 | | | | | | | |
| ACCOUNT NO 1426461 | | H | 12/03 MEDICAL | | | | 7272 00 |
| GULF TO BAY ANESTHESIOLOGY P O BOX 861512 ORLANDO FL 32886 | | | | | | | |
| ACCOUNT NO W6665329-YH-ST510-999 | | H | 12/03 MEDICAL | | | | 7272 00 |
| IC SYSTEM INC 444 HIGHWAY 96 EAST BOX 64378 | | | | | | | |

Sheet no ___9___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

270856  30

FORM B6F (12/03)

In re  COURTNEY PERELESS
_____
Debtor

Case No _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | CODEBTOR | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ST PAUL MN 55164 | | | | | | | |
| ACCOUNT NO 0042500460-21894526 | | H | 11/03 MEDICAL | | | | 1191 00 |
| IMBS COLLECTIONS P O  BOX 189053 PLANTATION FL 33318 | | | | | | | |
| ACCOUNT NO | | H | 2003 COLLECTION | | | | 210 00 |
| JOEL H MOSKOW 35 YORKTOWNE DRIVE MANALAPAN NJ 07726 | | | | | | | |
| ACCOUNT NO C81170 | | H | 11/03 MEDICAL | | | | 22303 90 |
| KEYSTONE FINANCIAL SERVICES P O  BOX 730 ALLENWOOD NJ 08720 | | | | | | | |
| ACCOUNT NO FILE 12792-38 | | H | Approx 2000 ATTORNEY COLLECTION | | | | 63650 13 |
| LAMM RUBENSTONE TOTARO & DAVID 4 GREEN WOOD SQUARE SUITE 200 P O  BOX 8544 BENSALEM PA 19020 | | | | | | | |

Sheet no __10__ of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

| 87355.03 |

FORM B6F (12/03)

In re  COURTNEY PERELESS
       Debtor

Case No _____
              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | C O D E B T O R | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO FILE #04-15013 <br><br> LYNN J GR FFITH PA <br> 6338 PRESIDENTIAL COURT <br> SUITE 101 <br> FORT MYERS FL 33919 | | J | Apprx 2000-2001 <br> COLLECTION | | | | 28517 58 |
| ACCOUNT NO 7330201899 <br><br> MACYS <br> P O BOX 4580 <br> CAROL STREAM IL 60197 | | J | 2000 <br> CREDIT CARD | | | | 6682 73 |
| ACCOUNT NO 2041627163 <br><br> MAF COLLECTION SERVICES <br> P O BOX 2842 <br> TAMPA FL 33601 | | H | 12/03 <br> MEDICAL | | | | 190 00 |
| ACCOUNT NO PERJO006 <br><br> MARGARITA R CANCIO, MD PA <br> P O BOX 340569 <br> TAMPA FL 33694 | | H | 12/03 <br> MEDICAL | | | | 605 00 |
| ACCOUNT NO 34683 FILE #3734-1350 <br><br> MCKENNA DUPONT HIGGINS BYRNES <br> 229 BROAD STREET <br> P O BOX 610 <br> RED BANK NJ 07701 | | J | 2000 <br> COLLECTION | | | | 25315 02 |

Sheet no __11__ of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

61310.33

FORM B6F (12/03)

In re  COURTNEY PERELESS
　　　Debtor

Case No _____
　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | C O D E B T O R | Husband, Wife, Joint or Comm- unity | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 1400562550249001 <br><br> MERCEDES BENZ CREDIT 600 EMBASSY ROW SUITE 160 ATLANTA GA 30328 | H | | 2001 CAR LOAN | | | | 13000 00 |
| ACCOUNT NO 47777858-11 <br><br> MITCHELL N KAY ESQ P O  BOX 9006 SMITHTOWN NY 117871 | W | | 2002-2003 COLLECTION | | | | 214 37 |
| ACCOUNT NO 909185-20 <br><br> MORGAN & ASSOC 2601 NW EXPRESSWAY SUITE205 EAST OKLAHOMA CITY OK 73112 | W | | 2002-2003 COLLECTION | | | | 214 37 |
| ACCOUNT NO 01400568550249001 <br><br> MRS/DANIEL J MCCUSKER 3 EXECUTIVE CAMPUS SUITE400 CHERRY HILL NJ 08002 | H | | 2000-2001 COLLECTION | | | | 12894 83 |
| ACCOUNT NO 239-596-5779 <br><br> NAPLES PATHOLOGY ASSOC 205 AIRPORT ROAD SOUTH NAPLES FL 34104 | H | | 12/03 MEDICAL | | | | 15 00 |

Sheet no  12  of  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

26338.57

FORM B6F (12/03)

In re  COURTNEY PERELESS
          Debtor

Case No _____
                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | CODEBTOR | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 2810142664<br><br>NAPLES RADIOLOGISTS<br>P O  BOX 8089<br>NAPLES FL 34101 | | H | 12/03<br>MEDICAL | | | | 55 00 |
| ACCOUNT NO VFB2JWT<br><br>NATIONWIDE CREDIT INC<br>P O  BOX 740624<br>ATLANTA GA 30374 | | H | 2002-2003<br>COLLECTION | | | | 934 35 |
| ACCOUNT NO 5121071808809895<br><br>NATL ENTERPRISE SYS<br>29125 SOLON ROAD<br>SOLON OH 44139 | | W | Approx 2002<br>COLLECTION | | | | 5216 55 |
| ACCOUNT NO 5410654478832717<br><br>NATL FINANCIAL SYSTEMS<br>600 W JOHN ST<br>P O  BOX 9046<br>HICKSVILLE NY 11801 | | W | 2000<br>COLLECTION | | | | 6660 31 |
| ACCOUNT NO 036431C0023493281010041051324 D<br><br>NATL REVENUE CORP<br>4000 EAST 5TH AVE<br>COLUMBUS OH 43219 | | W | 2002<br>CREDIT CARD | | | | 73 00 |

Sheet no __13__ of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

| 12939 21 |
|---|

FORM B6F (12/03)

In re  COURTNEY PERELESS
      Debtor

Case No. _____
            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above.) | CODEBTOR | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 73245037<br><br>NCH HEALTHCARE SYSTEM P O BOX 8569 NAPLES FL 34101 | | H | 11/03<br>MEDICAL | | | | 29624 69 |
| ACCOUNT NO 26EL0H<br><br>NCO FINANCIAL SYS INC 507 PRUDENTIAL ROAD HORSHAM PA 19044 | | H | Approx 2000<br>COLLECTION | | | | 4425 73 |
| ACCOUNT NO 8240CUDCURXP79D80920<br><br>NCO FINANCIAL SYSTEMS P O BOX 2617 DEPT 64 GUASTI CA 91743 | | W | 1999<br>COLLECTION | | | | 5661 55 |
| ACCOUNT NO 01400568550249001<br><br>NCO FINANCIAL SYSTEMS INC P O BOX 41457 PHILADELPHIA PA 19101 | | H | 2000-2001<br>COLLECTION | | | | 12894 83 |
| ACCOUNT NO VB8599<br><br>NCO FINANCIAL SYSTEMS INC 507 PRUDENTIAL ROAD HORSHAM PA 19044 | | W | Approx 2000<br>CREDIT CARD | | | | 7448 11 |

Sheet no __14__ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

60054 91

FORM B6F (12 03)

In re  COURTNEY PERELESS

Debtor

Case No. _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | C O D E B T O R | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO A/C #VB8599C4264298373330920  NCO PORTFOLIO MGMT INC C/O NCO FINANCIAL SYSTEMS INC 1804 WASHINGTON BLVD DEPT 500 BALTIMORE MD 21230 | | J | 2000-2001 COLLECTION | | | | 10000 00 |
| ACCOUNT NO 1042  NINA SEIGELSTEIN MD P O  BOX 8367 RED BANK NJ 07701 | | H | 11/03 MEDICAL | | | | 650 00 |
| ACCOUNT NO 281010041051324  NORTH SHORE AGENCY INC 751 SUMMA AVE WESTBURY NY 11590 | | W | 2002-2003 COLLECTION | | | | 73 00 |
| ACCOUNT NO FILE #03-7344  NORYCH & TALLIS LLP 3111 UNIVERSITY DRIVE SUITE 608 CORAL SPRINGS FL 33065 | | H | 2000-2001 COLLECTION | | | | 254638 30 |
| ACCOUNT NO A/C #385100300030205  NOVA INFORMATION SYSTEMS INC | | H | Approx 2000-2001 BUSINESS | | | | 9776 98 |

Sheet no  15  of __  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢

(Total of this page)

275138.28

FORM B6F  (12/03)

In re  COURTNEY PERELESS                                    Case No. _____
         Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | C O D E B T O R | Husband, Wife, Joint or Comm- unity | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 7207 CHAPMAN HIGHWAY KNOXVILLE TN 37920 | | | | | | | |
| ACCOUNT NO FILE #2719875 <br><br> NRS & ASSOCIATES 2304 TARPLEY ROAD SUITE 134 CARROLLTON TX 75006 | | H | 2004 COLLECTION | | | | 40609 60 |
| ACCOUNT NO 2300177305DMM <br><br> OLIVER ADJUSTMENT CO INC P O  BOX 371068 MILWAUKEE WI 53237 | | H | 11/03 MEDICAL | | | | 125 00 |
| ACCOUNT NO 03-5392-INF-1 <br><br> OPTIONCARE ENTERPRISES 2864 PAYSPHERE CIRCLE CHICAGO IL 60674 | | H | 12/03 MEDICAL | | | | 1680 00 |
| ACCOUNT NO 3269840 2041627163 <br><br> OSI COLLECTION SERVICES INC P O  BOX 3900 LAKELAND FL 33802 | | H | 12/03 MEDICAL | | | | 139549 06 |

Sheet no _ 16 _ of _ _ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

181963.66

FORM B6F  (12 03)

In re  COURTNEY PERELESS
         Debtor

Case No _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | C O D E B T O R | Husband, Wife, Joint or Comm-unity | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 6011510117363020 <br><br> PIER ONE IMPORTS <br> P O  BOX 8213 <br> MASON OH 45040 | | W | 2002-2003 <br> CREDIT CARD | | | | 214 37 |
| ACCOUNT NO 47777858-11 <br><br> PLAZA ASSOC <br> P O  BOX 18008 <br> HAUPPAUGE NY 11788 | | W | 2002-2003 <br> COLLECTION | | | | 214 37 |
| ACCOUNT NO 50137583-11 <br><br> PLAZA ASSOCIATES <br> P O  BOX 18008 <br> HAUPPAUGE NY 11788 | | H | Approx 2002 <br> AUTO LOAN | | | | 6600 56 |
| ACCOUNT NO 14444 <br><br> PROFESSIONAL ADJUSTMENT CORP <br> 6314-B CORPORATE COURT <br> FORT MYERS FL 33919 | | H | 12/03 <br> MEDICAL | | | | 235 00 |
| ACCOUNT NO 2041627163 <br><br> RADIOLOGY ASSOC OF TAMPA <br> P O  BOX 31265 <br> TAMPA FL 33631 | | H | 12/03 <br> MEDICAL | | | | 190 00 |

Sheet no  17  of   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

7454.30

FORM B6F (12/03)

In re  COURTNEY PERELESS
　　　Debtor

Case No. _____
　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | C O D E B T O R | Husband, Wife, Joint or Comm-unity | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 2300177305 <br><br> RED BANK RADIOLOGISTS, PA P O  BOX 476 RED BANK NJ 07701 | | H | 11/03 <br> MEDICAL | | | | 125 00 |
| ACCOUNT NO <br><br> REGUS MIAMI AIRPORT CENTER 5201 BLUE LAGOON DRIVE 5TH FL MIAMI FL 33126 | | H | 2004 <br> BUSINESS LEASE | | | | 40609 80 |
| ACCOUNT NO 372522416721002 <br><br> RISK MGMT ALTERNATIVES INC 2 CONCOURSE PARKWAY ATLANTA GA 30328 | | H | 2000-2001 <br> COLLECTION | | | | 3717 37 |
| ACCOUNT NO 3193 <br><br> RIVERVIEW CARDIAC DIAGNOSTIC P O  BOX 8785 RED BANK NJ 07701 | | H | 11/03 <br> MEDICAL | | | | 38 00 |
| ACCOUNT NO 2300177305 <br><br> RIVERVIEW MEDICAL CENTER P O  34020 | | H | 11/03 <br> MEDICAL | | | | 21269 00 |

Sheet no ___18___ of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
( Total of this page)

65759.17

FORM B6F  (12/03)

In re  COURTNEY PERELESS
_____ Debtor

Case No _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | C O D E B T O R | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| NEWARK NJ 07189 | | | | | | | |
| ACCOUNT NO 2300177305 RUBIN AND RAINE PROF COLL P O  BOX 949 EATONTOWN NJ 07724 | | H | 11/03 MEDICAL | | | | 21269 00 |
| ACCOUNT NO SAINT CROIX APARTMENTS 4650 ST CROIX LANE #0725 NAPLES FL 34109 | | H | 2002 RENTAL | | | | 6157 32 |
| ACCOUNT NO CLAIM #3550849 SALVATORE SPINELLI ESQ 135 MAXESS ROAD SUITE 2B MELVILLE NY 11747 | | W | Approx 2000 CREDIT CARD | | | | 6682 73 |
| ACCOUNT NO 5121071808809895 SEAR/SHERMAN ACQ LP P O  BOX 182156 COLOMBUS OH 43218 | | W | 2002-2003 CREDIT CARD | | | | 5216 55 |

Sheet no  19  of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

|  39325 60  |

FORM B6F (12/03)

In re  COURTNEY PERELESS

Debtor

Case No _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | CODEBTOR | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 14444 <br><br> SFL INPATIENT MED SPEC PL P O  BOX 8523 NAPLES FL 34101 | | H | 12/03 <br> MEDICAL | | | | 235 00 |
| ACCOUNT NO 000012305146 <br><br> SHREWSBURY STATE BANK 465 BROAD STREET SHREWSBURY NJ 07702 | | J | 2000-2001 <br> CREDIT CARD | | | | 3000 00 |
| ACCOUNT NO 4307223, 4307222 &4306939 <br><br> SHREWSBURY STATE BANK 140 MARKHAM PLACE LITTLE SILVER NJ 07739 | | J | 2000-2001 <br> BUSINESS | | | | 125000 00 |
| ACCOUNT NO 38270 <br><br> STEPHEN A TORAN MD ANESTHESIA P O  BOX 297 MANASQUAN NJ 08736 | | H | 11/03 <br> MEDICAL | | | | 1235 00 |
| ACCOUNT NO 2041627163 <br><br> TAMPA GENERAL HOSPITAL P O  BOX 550407 TAMPA FL 33655 | | H | 12/03 <br> MEDICAL | | | | 138779 00 |

Sheet no __20__ of __ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

| 268249  00 |
|---|

FORM B6F (12 03)

In re  COURTNEY PERELESS
      Debtor

Case No _____
               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | CODEBTOR | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br><br>TIM MACILLWAIN ESQ<br>UNKOWN<br>UNKOWN NJ 00000 | | J | 08-01-2004<br><br>UNPAID COMPENSATION CLAIM | | | | 1000 00 |
| ACCOUNT NO<br>AL635005197<br><br>UNITED READERS SERVICE, INC<br>PO BOX 1109<br>MCMURRAY PA 15317 | | H | 2004<br><br>COLLECTION | | | | 417 96 |
| ACCOUNT NO<br>4035 9610 0002 1752<br><br>UNITED TELETECH FCU<br>205 HANCE AVENUE<br>TINTON FALLS NJ 07724 | | J | Approx 1999<br><br>CREDIT CARD | | | | 28517 58 |
| ACCOUNT NO<br>53100-1<br><br>UNITED TELETECH FCU<br>205 HANCE AVENUE<br>TINTON FALLS NJ 07724 | | W | 2002<br><br>CAR LOAN | | | | 8717 73 |
| ACCOUNT NO<br>4443968<br><br>VAN RU CREDIT CORP<br>10024 SKOKIE BLVD<br>SUITE 2<br>SKOKIE IL 60077 | | J | 2000<br><br>COLLECTION | | | | 6682 73 |

Sheet no  21  of  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢
( Total of this page )

| 45336 00 |
|---|

FORM B6F (12/03)

In re  COURTNEY PERELESS
　　　　Debtor

Case No _____
　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above.) | CODEBTOR | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 5121071808809895<br><br>VENTUS CAPITAL SERVICES, LP<br>9700 BISSONNET<br>SUITE 2000<br>HOUSTON TX 77036 | | J | 2001<br>CREDIT CARD | | | | 5581 09 |
| ACCOUNT NO O92210<br><br>VIKING COLLECTION SERV INC<br>P O  BOX 59207<br>MINNEAPOLIS MN 55459 | | W | 1998<br>COLLECTION | | | | 16388 88 |
| ACCOUNT NO 281010041051324<br><br>WACHOVIA BANK<br>P O  BOX 50014<br>ROANOKE VA 24040 | | W | 2002<br>CREDIT CARD | | | | 73 00 |
| ACCOUNT NO 4264298373330920<br><br>WACHOVIA/BANCARD SERVICES<br>P O  BOX 15137<br>WILMINGTON DE 19886 | | J | 2001<br>CREDIT CARD | | | | 6408 74 |
| ACCOUNT NO FILE #03281753<br><br>WELTMAN, WEINBERG & REIS CO LPA<br>323 W LAKESIDE AVE<br>SUITE 200 | | H | Approx 2000-2001<br>COLLECTION | | | | 6776 11 |

Sheet no  22  of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

35227.82

FORM B6F  (12/03)

In re  COURTNEY PERELESS
　　　　　Debtor

Case No _____
　　　　　　　　　　**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above ) | C O D E B T O R | Husband, Wife, Joint or Comm-unity | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| CLEVELAND OH 44113 | | | | | | | |
| ACCOUNT NO 5856373003785685 | | W | 2001 CREDIT CARD | | | | 926 08 |
| WORLD FIN NETWORK NATL BANK P O  BOX 650705 SAN ANTONIO TX 78265 | | | | | | | |

Sheet no __23__ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤　　　926.08
(Total of this page)
Total ➤　　2116818.23
(Use only on last page of the completed Schedule E )

(Report total also on Summary of Schedules)

B6G
(10/89)

**In re** COURTNEY PERELESS

Debtor

Case No _____
                       **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property  Include any timeshare interests

State nature of debtor's interest in contract, i e , "Purchaser," "Agent," etc  State whether debtor is the lessor or lessee of a lease

Provide the names and complete mailing addresses of all other parties to each lease or contract described

NOTE  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors

☐  Check this box if debtor has no executory contracts or unexpired leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NONE | NONE |

B6H
(6.90)

In re  COURTNEY PERELESS

Debtor

Case No. _____

(If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors  Include all guarantors and co-signers  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case

☐  Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTORS | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NONE | NONE |

FORMB61
(12/03)

In re  COURTNEY PERELESS                                    Case No. _____
        Debtor                                                          (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTORS

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | AGE | |
|---|---|---|---|---|
| MARRIED | RELATIONSHIP   DAUGHTER | | | 8 |
| | DAUGHTER | | | 5 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | DISABLED | UNEMPLOYED |
| Name of Employer | NONE | NONE |
| How long employed | 1 | 7 |
| Address of Employer | NONE | NONE |

**Income:** (Estimate of average monthly income)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly ) | $ | 0.00 | $ 0 00 |
| Estimated monthly overtime | $ | 0 00 | $ 0.00 |
| SUBTOTAL | $ | 0.00 | $ 0 00 |
| LESS PAYROLL DEDUCTIONS | | | |
| a  Payroll taxes and social security | $ | 0 00 | $ 0 00 |
| b  Insurance | $ | 0 00 | $ 0 00 |
| c  Union dues | $ | 0 00 | $ 0 00 |
| d  Other (Specify)    0 | $ | 0 00 | $ 0 00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0 00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 0 00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ 0 00 |
| Income from real property | $ | 0 00 | $ 0 00 |
| Interest and dividends | $ | 0 00 | $ 0 00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0 00 | $ 0 00 |
| Social security or other government assistance (Specify)   0 | $ | 0 00 | $ 0 00 |
| Pension or retirement income | $ | 0 00 | $ 0.00 |
| Other monthly income (Specify)   0 | $ | 0 00 | $ 0 00 |
| TOTAL MONTHLY INCOME | $ | 0 00 | $ 0 00 |

TOTAL COMBINED MONTHLY INCOME   $_____0.00_____   (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document

FORM B6J
(6 90)

In re COURTNEY PERELESS

Debtor

Case No _____

(If known)

# SCHEDULE J - CURRENT EXPENDITURE OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family  Pro rate any payments made
bi-weekly, quarterly, semi-annually, or annually to show monthly rate

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household  Complete a separate schedule
of expenditures labeled "Spouse"

| | | |
|---|---|---|
| Rent or home mortgage payment (including lot rented for mobile home) | $ | 0 00 |
| Are real estate taxes included?    Yes ✓  No _____ | | |
| Is property insurance included?    Yes ✓  No _____ | | |
| Utilities    Electricity and heating fuel | $ | 0 00 |
| Water and sewer | $ | 0 00 |
| Telephone | $ | 50 00 |
| Other _____ | $ | 0 00 |
| Home maintenance (repairs and upkeep) | $ | 0 00 |
| Food | $ | 800 00 |
| Clothing | $ | 100 00 |
| Laundry and dry cleaning | $ | 0 00 |
| Medical and dental expenses | $ | 150.00 |
| Transportation (not including car payments) | $ | 0 00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc | $ | 0 00 |
| Charitable contributions | $ | 0 00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0 00 |
| Life | $ | 0 00 |
| Health | $ | 0 00 |
| Auto | $ | 0 00 |
| Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | $ | 0 00 |
| (Specify) _____ | | |
| Installment payments  (In chapter 12 and 13 cases, do not list payments to be included in the plan) | $ | 0.00 |
| Auto | $ | 0 00 |
| Other _____ | $ | |
| Other _____ | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0 00 |
| Payments for support of additional dependents not living at your home | $ | 0 00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0 00 |
| Other _____ | | |
| TOTAL MONTHLY EXPENSE (Report also on Summary of Schedules) | $ | 1100 00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually or at some
other regular interval

| | | |
|---|---|---|
| A  Total projected monthly income | $ | |
| B  Total projected monthly expenses | $ | |
| C  Excess income (A minus B) | $ | |
| D  Total amount to be paid into plan each _____ | $ | |
| (interval) | | |

Form B6 - Cont
(12/03)

In re  COURTNEY PERELESS

Debtor

Case No _____
              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules consisting of ____37____
sheets, and that they are true and correct to the best of my knowledge, information and belief         *(Total shown on summary page plus 1)*

Date  10\28\04                                     Signature  _Courtney Pereless_
                                                                                                      Debtor

Date  12-22-04                                     Signature  _____
                                                                                                      (Joint Debtor, if any)

                                                                                        *[If joint case, both spouses must sign ]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U S C §110)

I certify that I am a bankruptcy petition preparer as defined in 11 U S C §110,that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

_____          Social Security No
Printed or Typed Name of Bankruptcy Petition Preparer      (Required by 11 U S C §110(c) )

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X_____          _____
Signature of Bankruptcy Petition Preparer                          Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C  § 110,
18 U S C § 156

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I the _____[the president or other officer or an authorized agent of the corporation or a member or an authorized agent
of the partnership] of the _____[corporation or partnership] named as debtor in this case, declare under penalty
of perjury that I have read the foregoing summary and schedules, consisting of_____
sheets, and that they are true and correct to the best of my knowledge, information and belief         *(Total shown on summary page plus 1)*

Date  _____                    Signature  _____

                                                                                        _____
                                                                                        [Print or type the name of individual signing on behalf of debtor ]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Penalty for making a false statement or concealing property  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C §§ 152 and 3571

Form B8 (Official Form 8)
(12/03)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re   COURTNEY PERELESS

    Debtor

Case No _____
           (If known)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate

2   I intend to do the following with respect to the property of the estate which secures those consumer debts

*a  Property to be Surrendered*

      NONE

Date  _____

Signature of Debtor

## CERTIFICATION OF NON-ATTORNEY BANKRUPTY PREPARER  (Sec. 11 U.S.C. 110)

Continued on next page

Form B8 - Cont
(12/03)

In re  COURTNEY PERELESS

Debtor

Case No _____
             (If known)

## CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (Sec. 11 U.S.C. §110)

### Chapter 7 Individual Debtor's Statement of Intention

I certify that I am a bankruptcy petition preparer as defined in 11 U S C §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security No
(Required by 11 U S C § 110(c) )

_____
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C § 110, 18 U S C § 156

Form 7
(12/03)

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA

In re  COURTNEY PERELESS                                    Case No _____
    Debtor                                                                      (If known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor Spouses filing a joint petition may file a single statement on which the information for both spouses is combined If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs

Questions 1 - 18 are to be completed by all debtors Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question

### DEFINITIONS

*"In business "*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed

*"Insider "*  The term "insider" includes but is not limited to  relatives of the debtor, general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers, directors and any owner of 5 percent or more of the voting or equity securities of a  corporate debtor and their relatives, affiliates of the debtor and insiders of such affiliates, any managing agents of the debtor  11 U S C  8101

---

**1. Income from employment or operation of business**

None   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☑   business from the beginning of this calendar year to the date this case was commenced State also the gross amounts during the **two years** immediately preceding this calendar year  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal year rather than a calendar year may report fiscal year income Identify the beginning and ending dates of the debtor's fiscal year ) If a joint petition is filed, state income for each spouse separately (Married debtors filing under chapter 12 or unless the spouses are separated and a joint petition chapter 13 must state income of both spouses whether or not a joint petition is filed, is not filed )

**Debtor**

| AMOUNT | SOURCE (if more than one) | |
|---|---|---|
| NONE | N/A | 2002 |
| NONE | N/A | 2003 |
| NONE | N/A | 2004 |

**Joint Debtor**

| AMOUNT | SOURCE (if more than one) | |
|---|---|---|
| NONE | N/A | 2002 |
| NONE | N/A | 2003 |
| NONE | N/A | 2004 |

## 2. Income other than from employment or operation of business

None

☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**Debtor**

| AMOUNT | SOURCE | |
|---|---|---|
| NONE | N/A | 2002 |
| NONE | N/A | 2003 |
| NONE | N/A | 2004 |

**Joint Debtor**

| AMOUNT | SOURCE | |
|---|---|---|
| NONE | N/A | 2002 |
| NONE | N/A | 2003 |
| NONE | N/A | 2004 |

## 3. Payments to creditors

None

☑

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☑

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑    a  List all suits and administrative proceedings to which the debtor is or was a party within    **one year immediately** preceding the filing of this bankruptcy case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ☑    b  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORCLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*REPOSESSED MERCEDES, CHEVY SUBURBAN, RANGE ROVER, DODGE RAM*

**6. Assignments and receiverships**

None ☑    a  Describe any assignment of property for the benefit of creditors made within    **120 days** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None b  List all property which has been in the hands of a custodian, receiver or court-appointed official within **one year**
☑ immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13
 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
 spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF  PROPERTY |
|---|---|---|---|
| | | | |

---

### 7. Gifts

None List all gifts or charitable contributions made within  **one year** immediately preceding the commencement of
☑ this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member
 and charitable contributions aggregating less than $100 per recipient  (Married debtors filing under chapter 12 or chapter 13
 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the
 spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

---

### 8  Losses

None List all losses from fire, theft, other casualty or gambling within  **one year** immediately preceding the commencement
☑ of this case  **or since the commencement of this case.**    (Married debtors filing under chapter 12 or chapter 13 must
 include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
 joint petition is not filed )

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

**9. Payments related to debt conseling or bankruptcy**

None     List all payments made or property transferred by or on behalf of debtor to any persons, including attorneys,
☑    for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
     within **one year** immediately preceding the commencement of this case

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**10. Other transfers**

None     List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☑    debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this
     case  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether
     or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF TRANSFEREE RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

**11 Closed financial accounts**

None     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☑    sold, or otherwise transferred within **one year** immediately preceding the commencement of this case  Include checking,
     savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts
     held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions
     (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held
     by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
     not filed )

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables
☑    within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or
     chapter 13 must include boxes and depositories of either or both spouses whether or not a joint petition is filed, unless
     the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days**
☑      preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include
       information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
       and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14   Property held for another person**

None    List all property owned by another person that the debtor holds or controls
☑

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

**15.  Prior address of debtor**

None    If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all
☑      premises which the debtor occupied during that period and vacated prior to the commencement of this case
       If a joint petition is filed, report also any separate address of either spouse

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☑    California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the
**six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse
and of any former spouse who resides or resided with the debtor in the community property state

    NAME

**17. Environmental Information**

For the purpose of this question, the following definitions apply

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including, but not
limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
    formerly owned or operated by the debtor, including, but not limited to disposal sites

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous
    material, pollutant, or contaminant or similar term under an Environmental Law

None    (a) List the name and address of every site for which the debtor has received notice in writing by a governmental unit that
☑    it may be liable or potentially liable under or in violation of an Environmental Law  Indicate the governmental unit, the
    date of the notice, and, if known, the Enviromental Law

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    (b) List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
☑    Hazardous Material  Indicate the governmental unit to which the notice was sent and the date of the notice

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   (c) List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law
☑   with respect to which the debtor is or was a party  Indicate the name and address of the governmental unit that is or was a
party to the proceeding, and the docket number

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| | | |

18  Nature, location and name of business

None   (a) If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of businesses, and
☑   beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive
of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years**  immediately
preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within the  **six years**  immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
of the voting or equity securities, within the **six years**  immediately preceding the commencement of this case

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
of the voting or equity securities, within the **six years**  immediately preceding the commencement of this case

| NAME | TAXPAYER I D NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| | | | | |

None   (b) Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in
☑   11 U S C  § 101

| NAME | ADDRESS |
|---|---|
| | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor
who is or has been, within the **six years**  immediately preceding the commencement of this case, any of the following  an officer,
director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation, a partner, other
than a limited partner, of a partnership, a sole proprietor or otherwise self-employed

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within
the six years immediately preceding the commencement of this case  A debtor who has not been in business within those six years should go directly
to the signature page )*

### 19. Books, records and financial statements

None    (a) List all bookkeepers and accountants who within the **two years** immediately preceeding the filing of this
☑    bankruptcy case kept or supervised the keeping of books of account and records of the debtor

NAME AND ADDRESS                                    DATES SERVICES RENDERED

---

None    (b) List all firms or individuals who within the **two years** immediately preceeding the filing of this bankruptcy case
☑    have audited the books of account and records, or prepared a financial statement of the debtor

NAME                          ADDRESS                    DATES SERVICES RENDERED

---

None    (c) List all firms or individuals who at the time of the commencement of this case were in possession of the books of account
☑    and records of the debtor  If any of the books of account and records are not available, explain

NAME                                          ADDRESS

---

None    (d) List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial
☑    statement was issued within the **two years**  immediately preceding the commencement of this case by the debtor

NAME AND ADDRESS                                    DATE ISSUED

---

### 20. Inventories

None    (a) List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☑    of each inventory, and the dollar amount and basis of each inventory

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                        (Specify cost, market or other basis)

None    (b) List the name and address of the person having possession of the records of each of the two inventories reported in a , above

☑

DATE OF INVENTORY

NAME AND ADDRESS OF CUSTODIAN
OF INVENTORY RECORDS

---

**21 Current Partners, Officers, Directors and Shareholders**

None    (a) If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership

☑

NAME AND ADDRESS            NATURE OF INTEREST        PERCENTAGE OF INTEREST

None    (b) If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly

☑    owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation

NAME AND ADDRESS            TITLE

NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

---

**22. Former partners, officers, directors and shareholders**

None    (a) If the debtor is a partnership, list each member who withdrew from the partnership within  **one year**  immediately

☑    preceding the commencement of this case

NAME                    ADDRESS                    DATES OF WITHDRAWAL

None    (b) If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within

☑    **one year**  immediately preceding the commencement of this case

NAME AND ADDRESS            TITLE                    DATE OF TERMINATION

**23. Withdrawals from a partnership or distribution by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, option exercised and any other perquisite during **one year** immediately preceding the commencement of this case

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24 Tax Consolidation Group**

None ☑   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceeding the commencement of the case

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds**

None ☑   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

\*   \*   \*   \*   \*   \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

Date _____        Signature _____
                                       of Debtor

Date _____        Signature _____
                                       of Joint Debtor
                                       (if any)

---

*[If completed by on behalf of a corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief

Date _____        Signature _____

                                       _____
                                       Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]

_____ continuation sheets attached

*Penalty for making a false statement   Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  § 152 and 3571*

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (Sec  11 U.S.C §110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U S C  §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

_____        _____
Printed  or Typed Name of Bankruptcy Petition Preparer        Social Security No
                                                  (Required by 11 U S C  §110(c) )

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X _____        _____
   Signature of Bankruptcy Petition Preparer              Date

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  18 U S C  § 156**

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA

In re        COURTNEY PERELESS                                Case No

              Debtor


## VERIFICATION OF CREDITOR MAILING MATRIX

The above named debtor(s) or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ____19____ sheet(s) is complete, correct and consistent with the debtor's schedule pursuant to local Bankruptcy Rules and I (we) assume all responsibility for errors and omissions

_____        _____
Date                            Debtor

                                _____
                                Joint Debtor

                                _____
                                Signature of Attorney (if applicable)

185 Monmouth Pky Assoc Lp
63 West Main St Suite B
Box 5008
Freehold NJ 07728


Aarons Rentals
3225 Cleveland Avenue
Fort Myers FL 33901


Academy Collection Services
10965 Decatur Road
Philadelphia PA 19154


Advanced Collection Services
P.o. Box 47036
Atlanta GA 30362


Alegis Group Lp
15 South Main St
Suite 600
Greenville SC 29601


Allied Data Corp
13111 Westheimer Suite 400
Houston TX 77077

Alltel
P o. Box 530533
Atlanta GA 30353


Ambitrans Medical Transport In
P.o. Box 494317
Port Charlotte FL 33949


American Express
P.O. Box 7871
Fort Lauderdale FL 33329


American Medical Collection Ag
P.o. Box 1235
Elmsford NY 10523


Ann Taylor - Wfnnb
P.o. Box 659705
San Antonio TX 78265


Bank One
P.o. Box 15153
Wilmington DE 19886

Bcc Financial Management Serv.
P.o. Box 47248
Oak Park MI 48237

Bonded Collection Agency
P.o. Box 56
Avon NJ 07717

Capital Management Services In
726 Exchange Street
Suite 700
Buffalo NY 14210

Choice Visa
P.O. Box 8105
S Hackensack NJ 07606

Christine Forszpaniak Md
848 1st Ave North #230
Naples FL 34102

Chrysler Financial
4 White Plains Road
Tarrytown NY 10591

Chubb & Son Collection Unit
P.o. Box 1600
Whitehouse Station NJ 08889


Cingular Wireless
Glenridge Highlands Two
5565 Glenridge Connector
Atlanta GA 30342


Citi Cards
P.o. Box 8106
S Hackensack NJ 07606


Client Services Inc.
3451 Harry S Truman Blvd
St Charles MO 63301


Collection Info Bureau
P.o. Box 1467
Lake Worth FL 33460


Collier Anesthesia Pa
P.o. Box 550729
Tampa FL 33655

Colonial Pacific Leasing Corp
13010 Sw 68th Pkwy
Portland OR 97223


Commercial Recovery Sys Inc
8035 East Rl Thornton
Suite 220
Dallas TX 75228


Creditors Intercgange Inc.
P.o. Box 1335
Buffalo NY 14240


D&b Rms
4836 Brecksville Road
P.o. Box 539
Richfield OH 44286


David S Kaufman Esq
25 Pompton Ave
Suite 204
Verona NJ 07044


Dsi Laboratories
12700 Westlinks Drive
Fort Myers FL 33913

Emergency Physicians Assoc Nj
P.o.box 850001
Orlando FL 32885

Emergency Physicians Of Naples
P.o. Box 31548
Tampa FL 33631

Emergency Physicians Of Naples
P.o. Box 31548
Tampa FL 33631

Financial Asset Mgmt Sys Inc
P.o. Box 926050
Norcross GA 30010

First Usa Bank
1523 Concord Pk
Wilmington DE 19803

Florida First Fin Group Inc
1718 East Giddens Ave
Tampa FL 33610

Florida Orthopaedic Institute
D860225
Orlando FL 32886


Gentiva Health Services
P.o. Box 538053
Atlanta GA 30353


Giordano Halleran & Ciesla
125 Half Mile Road
P.o. Box 190
Middletown NJ 07748


Gmac Smart Lease
P.o. Box 660314
Dallas TX 75266


Golds Gym/east Coast Fitness
2151 Trade Center Way
Naples FL 34109


Groen Lamm Goldberg & Rubensto
4 Greenwood Square Suite 200
P.o. Box 8544
Bensalem PA 19020

Gross Truss Herstik P.c.
63 West Main Street
Box 5008
Freehold NJ 07728


Gulf Coast Collection Bureau
3621 Webber St
Sarasota FL 34232


Gulf To Bay Anesthesiology
P.o. Box 861512
Crlando FL 32886


Ic System Inc
444 Highway 96 East
Box 64378
St Paul MN 55164


Imbs Collections
P.o. Box 189053
Plantation FL 33318


Joel H Moskow
35 Yorktowne Drive
Manalapan NJ 07726

Keystone Financial Services
P.o. Box 730
Allenwood NJ 08720


Lamm Rubenstone Totaro & David
4 Green Wood Square Suite 200
P.o. Box 8544
Bensalem PA 19020


Lynn J Griffith Pa
6338 Presidential Court
Suite 101
Fort Myers FL 33919


Macys
P.o. Box 4580
Carol Stream IL 60197


Maf Collection Services
P.o. Box 2842
Tampa FL 33601


Margarita R. Cancio, Md Pa
P.o. Box 340569
Tampa FL 33694

Mckenna Dupont Higgins Byrnes
229 Broad Street
P.o. Box 610
Red Bank NJ 07701


Mercedes Benz Credit
600 Embassy Row
Suite 160
Atlanta GA 30328


Mitchell N Kay Esq
P.o. Box 9006
Smithtown NY 117871


Morgan & Assoc
2601 Nw Expressway
Suite205 East
Oklahoma City OK 73112


Mrs/daniel J Mccusker
3 Executive Campus
Suite400
Cherry Hill NJ 08002


Naples Pathology Assoc
205 Airport Road South
Naples FL 34104

Naples Radiologists
P.o. Box 8089
Naples FL 34101


Nationwide Credit Inc
P.o. Box 740624
Atlanta GA 30374


Natl Enterprise Sys
29125 Solon Road
Solon OH 44139


Natl Financial Systems
600 W John St
P.o. Box 9046
Hicksville NY 11801


Natl Revenue Corp
4000 East 5th Ave
Columbus OH 43219


Nch Healthcare System
P.o. Box 8569
Naples FL 34101

Nco Financial Sys Inc
507 Prudential Road
Horsham PA 19044


Nco Financial Systems
P.o. Box 2617
Dept 64
Guasti CA 91743


Nco Financial Systems Inc
P.o. Box 41457
Philadelphia PA 19101


Nco Financial Systems Inc
507 Prudential Road
Horsham PA 19044


Nco Portfolio Mgmt Inc
C/o Nco Financial Systems Inc
1804 Washington Blvd Dept 500
Baltimore MD 21230


Nina Seigelstein Md
P.o. Box 8367
Red Bank NJ 07701

North Shore Agency Inc
751 Summa Ave
Westbury NY 11590



Norych & Tallis Llp
3111 University Drive
Suite 608
Coral Springs FL 33065



Nova Information Systems Inc
7207 Chapman Highway
Knoxville TN 37920



Nrs & Associates
2304 Tarpley Road
Suite 134
Carrollton TX 75006



Oliver Adjustment Co Inc
P.o. Box 371068
Milwaukee WI 53237



Optioncare Enterprises
2864 Paysphere Circle
Chicago IL 60674

Osi Collection Services Inc
P.o. Box 3900
Lakeland FL 33802

Pier One Imports
P.o. Box 8213
Mason OH 45040

Plaza Assoc
P.o. Box 18008
Hauppauge NY 11788

Plaza Associates
P.o. Box 18008
Hauppauge NY 11788

Professional Adjustment Corp
6314-b Corporate Court
Fort Myers FL 33919

Radiology Assoc Of Tampa
P.o. Box 31265
Tampa FL 33631

Red Bank Radiologists, Pa
P.o. Box 476
Red Bank NJ 07701

Regus
Miami Airport Center
5201 Blue Lagoon Drive 5th Fl
Miami FL 33126

Risk Mgmt Alternatives Inc
2 Concourse Parkway
Atlanta GA 30328

Riverview Cardiac Diagnostic
P.o. Box 8785
Red Bank NJ 07701

Riverview Medical Center
P.o. 34020
Newark NJ 07189

Rubin And Raine Prof Coll.
P.o. Box 949
Eatontown NJ 07724

Saint Croix Apartments
4650 St Croix Lane
#0725
Naples FL 34109


Salvatore Spinelli Esq
135 Maxess Road
Suite 2b
Melville NY 11747


Sear/sherman Acq Lp
P.o. Box 182156
Colombus OH 43218


Sfl Inpatient Med Spec Pl
P.o. Box 8523
Naples FL 34101


Shrewsbury State Bank
465 Broad Street
Shrewsbury NJ 07702


Shrewsbury State Bank
140 Markham Place
Little Silver NJ 07739

Stephen A Toran Md Anesthesia
P.o. Box 297
Manasquan NJ 08736


Tampa General Hospital
P.o. Box 550407
Tampa FL 33655


Tim Macillwain Esq.
Unkown
Unkown NJ 00000


United Readers Service, Inc.
Po Box 1109
Mcmurray PA 15317


United Teletech Fcu
205 Hance Avenue
Tinton Falls NJ 07724


United Teletech Fcu
205 Hance Avenue
Tinton Falls NJ 07724

Van Ru Credit Corp
10024 Skokie Blvd
Suite 2
Skokie IL 60077


Ventus Capital Services, Lp
9700 Bissonnet
Suite 2000
Houston TX 77036


Viking Collection Serv Inc
P.o. Box 59207
Minneapolis MN 55459


Wachovia Bank
P.o. Box 50014
Roanoke VA 24040


Wachovia/bancard Services
P.o. Box 15137
Wilmington DE 19886


Weltman Weinberg & Reis Co Lpa
323 W Lakeside Ave
Suite 200
Cleveland OH 44113

```
World Fin Network Natl Bank
P.o. Box 650705
San Antonio TX 78265
```