IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In the Matter of:

CASE No. 9-04-bk-24712-ALP

COURTNEY PERELESS
JOHN PERELESS

Debtor(s)/

## MOTION TO VACATE FINAL DECREE

Comes now, Diane L. Jensen, Trustee in Bankruptcy of the above-captioned matter, and she does hereby move unto this Honorable Court to vacate the Final Decree entered herein, and as grounds therefor would state as follows:

1. That the case was filed as a Chapter 7 proceeding on 12/27/04.

2. That based on the schedule of assets provided by the Debtor(s), Trustee filed her Report of No Distribution on 2/2/05.

3. That on 3/30/06, the Court issued its Final Decree.

4. That subsequent to the issuance of the Final Decree, Trustee discovered an asset of the Debtors that was undisclosed at the time of the bankruptcy filing, to-wit: a personal injury action previously undisclosed by the Debtors.

5. Trustee believes that the asset has substantial value.

WHEREFORE, Movant prays that the Final Decree be vacated and the case be reopened to allow her to administer the above-described asset.

I hereby certify that a true and correct copy of the above and foregoing has been served by electronic notice if registered in the Electronic Case Filing System, otherwise by U. S. Mail on the following:
**CYNTHIA P. BURNETTE, Ass't U.S. Trustee**, **COURTNEY PERELESS &  JOHN PERELESS,** 1455 PALMA BLANCA CT , NAPLES, FL 34119, on this January 2, 2007

        PAVESE LAW FIRM
        Attorneys for Trustee
        Post Office Drawer 1507
        Fort Myers, Florida 33902-1507
        (239) 336-6263
        (239) 332-2243-fax


        By: /s/ DIANE L. JENSEN            .
          Diane L. Jensen
          Florida Bar #:153607