IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In the Matter of:

COURTNEY PERELESS
JOHN PERELESS

CASE No. 9-04-bk-24712-ALP

_____Debtor(s)/_____

## APPLICATION OF TRUSTEE TO EMPLOY SPECIAL COUNSEL

Comes now, Diane L. Jensen, the duly appointed and acting Trustee in this cause, and respectfully represents to the Court:

1. That because of the complicated legal problems involved in the administration of this estate, such as personal injury litigation, the Trustee request the Court to allow her to employ special counsel to assist her, and she suggests to the Court that the law firm of GILL & CHAMAS, LLC be employed on a contingency fee basis.

2. A verified statement is below as Exhibit "A" to show that said attorneys are qualified to act and have no conflict of interest.

WHEREFORE, your Applicant prays that an Order be entered authorizing the Trustee to employ the law firm of GILL & CHAMAS, LLC, P.O. Box 760, Woodbridge, NJ 07095, as special counsel for the Trustee and to pay them a reasonable fee for their services out of the Debtor estate when the administration is complete, subject to further application and Order of this Court prior to payment of any fees.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished electronically to CYNTHIA P. BURNETTE, Ass't U.S. Trustee, this _____1-25-07_____.

/s/ DIANE L. JENSEN
Diane L. Jensen, Trustee
P. O. Drawer 1507
Fort Myers, FL 33902
(239) 339-2293
(239) 332-2243 - fax

## VERIFIED STATEMENT

I, RAYMOND A. GILL, JR., of the law firm of GILL & CHAMAS, LLC, proposed special counsel for the Trustee in the above captioned case, declare under penalties of perjury that I am an attorney with said law firm which is rendering services subject to the Court's appointment for the Trustee in said cause, and that I have not and will not in any guise or form agree to share my compensation for such services with any person, and except as set forth hereafter, and I have no connection with the debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

RAYMOND A. GILL, JR.

F:\WPDATA\SUE\WORDDOCS\Misc\Pereless.John Employ Special Counsel App.doc