IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In the Matter of:
 PERELESS, COURTNEY                           CASE No. 9-04-bk-24712-ALP
 PERELESS, JOHN
                         Debtor(s)/

**TRUSTEE'S OBJECTION TO CLAIM No. 3**

DIANE L. JENSEN, Trustee herein, objects to Claim No. 3, filed by **B-LINE, LLC/CHASE BANK USA, NA**, upon the grounds indicated below:

**Claim does not contain sufficient information/proper attachments for Trustee to determine basis of claim, whether the claim is barred by the Statute of Limitations or whether the claim includes post-petition interest. Trustee objects to allowance of the claim in any amount without prejudice to Claimant filing an amended Proof of Claim with the Bankruptcy Court, 801 N. Florida Ave., Suite 727, Tampa, FL 33602-3899, containing the appropriate documentation within the time period to be set by Court Order.**

**NOTE TO DEBTOR(S):** This objection to claim deals with an action between the Creditor who is named in the objection and the Trustee. This document is for your information only. If you feel you need an additional explanation of this document or any other document (including any Notices of Hearing or Orders) you receive from the Court, please contact your own attorney. The Trustee's office (noted below) cannot provide you with any more of an explanation than is given in this statement.

I hereby certify that a true and correct copy of the above and foregoing has been served by electronic notice if registered in the Electronic Case Filing System, otherwise by U. S. Mail on the following: **CYNTHIA P. BURNETTE, Ass't U.S. Trustee**, **PERELESS, COURTNEY & PERELESS, JOHN,** 29 Woodhollow Road , Colts Neck, NJ 07722, and **PRO SE,** and on the below named parties, on May 3, 2007.

/s/ DIANE L. JENSEN
Diane L. Jensen, Trustee
P. O. Drawer 1507
Fort Myers, FL  33902
(239) 336-6263
FAX: (239) 332-2243

B-Line, LLC
Attn: Steven Kane
Mail Stop 550
2101 Fourth Ave., Ste. 1030
Seattle,  WA  98121