IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In the Matter of:
 PERELESS, COURTNEY
 PERELESS, JOHN

CASE No. 9-04-bk-24712-ALP

Debtor(s)/

**TRUSTEE'S OBJECTION TO CLAIM No. 8**

DIANE L. JENSEN, Trustee herein, objects to Claim No. 8, filed by **FDS BANK/MACY'S**, upon the grounds indicated below:

Claim appears to be barred by the Statute of Limitations, pursuant to FS 95.11.

---

**NOTE TO DEBTOR(S):** This objection to claim deals with an action between the Creditor who is named in the objection and the Trustee. This document is for your information only. If you feel you need an additional explanation of this document or any other document (including any Notices of Hearing or Orders) you receive from the Court, please contact your own attorney. The Trustee's office (noted below) cannot provide you with any more of an explanation than is given in this statement.

---

I hereby certify that a true and correct copy of the above and foregoing has been served by electronic notice if registered in the Electronic Case Filing System, otherwise by U. S. Mail on the following: **CYNTHIA P. BURNETTE, Ass't U.S. Trustee**, **PERELESS, COURTNEY & PERELESS, JOHN,** 29 Woodhollow Road, Colts Neck, NJ 07722, and **PRO SE,** and on the below named parties, on May 3, 2007.

/s/ DIANE L. JENSEN
Diane L. Jensen, Trustee
P. O. Drawer 1507
Fort Myers, FL 33902
(239) 336-6263
FAX: (239) 332-2243

By regular mail to:
FDS Bank/Macy's
c/o TSYS Dept. Mgmt., Inc.
Attn: Stacy Suire
P. O. Box 137
Columbus, GA 31902

By certified mail to:
FDS Bank/Macy's
c/o TSYS Dept. Mgmt, Inc.
Attn: President
P. O. Box 137
Columbus, GA 31902