IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In the Matter of:
PERELESS, COURTNEY
PERELESS, JOHN

CASE No. 9-04-bk-24712-ALP

Debtor(s)/

## TRUSTEE'S OBJECTION TO CLAIM No. 9

DIANE L. JENSEN, Trustee herein, objects to Claim No. 9, filed by **185 MONMOUTH PARKWAY ASSOCIATES, LP**, upon the grounds indicated below:

The Trustee objects to the claim as filed since it lacks sufficient documentation beyond the judgment amount. The Trustee and claimant consent to the allowance of the claim as a general unsecured claim in the amount of $282,777.55 per attachment and each consents to entry of an ex parte Order allowing the claim as general unsecured in the amount of $282,777.55. (claimant's consent attached to this objection)

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this objection without further notice or hearing unless a party in interest files an objection or response within 30 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 801 N. Florida Avenue, Suite 727, Tampa, FL 33602-3899, and serve a copy on the movant's attorney, DIANE L. JENSEN, P. O. Drawer 1507, Fort Myers, FL 33902-1507, and a copy on Assistant U. S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**NOTE TO DEBTOR(S):** This objection to claim deals with an action between the Creditor who is named in the objection and the Trustee. This document is for your information only. If you feel you need an additional explanation of this document or any other document (including any Notices of Hearing or Orders) you receive from the Court, please contact your own attorney. The Trustee's office (noted below) cannot provide you with any more of an explanation than is given in this statement.

I hereby certify that a true and correct copy of the above and foregoing has been served by electronic notice if registered in the Electronic Case Filing System, otherwise by U. S. Mail on the fdlowing: **CYNTHIA P. BURNETTE, Ass't U.S. Trustee, PERELESS, COURTNEY & PERELESS, JOHN,** 29 Woodhollow Road, Colts Neck, NJ 07722, and **PRO SE,** and on the below named parties, on May 3, 2007.

/s/ DIANE L. JENSEN
Diane L. Jensen, Trustee
P. O. Drawer 1507
Fort Myers, FL 33902
(239) 336-6263
FAX: (239) 332-2243

185 Monmouth Parkway Associates, LP
c/o Gross, Truss & Herstik, PC
Attn: Carl Gross
63 West Main Street, P. O. Box 5008
Freehold, NJ 07728

## Diane Jensen

| | |
|---|---|
| **From:** | Neal Herstik [herstiklaw@aol.com] |
| **Sent:** | Wednesday, May 02, 2007 3:52 PM |
| **To:** | Diane Jensen |
| **Subject:** | FW: 185 MPA v. Infoworks and John Pereless |
| **Attachments:** | Interest Calculation - 122704.pdf |

Diane:

Based on our discussions and the attachment, we hereby consent to your proposed objection to claim number 9 and agree that the claim should be allowed for the judgment amount plus prepetition interest for a total of $282,777.55.

**Neal Herstik, Esq.**

---

**From:** Deborah D Andrews [mailto:dandrews@gthlaw.org]
**Sent:** Wednesday, May 02, 2007 3:38 PM
**To:** Neal Herstik, Esq.
**Subject:** 185 MPA v. Infoworks and John Pereless

Neal,

Attached is the interest calculation through December 27, 2004.

Deborah D. Andrews
Legal Assistant to Neal Herstik, Esq.
Gross, Truss & Herstik, P.C.
63 West Main Street
Post Office Box 5008
Freehold, New Jersey 07728
Tel: (732) 780-3999
Fax: (732) 780-3074

The information contained in this email message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address and permanently delete the message from your mailbox.

5/2/2007

185 MPA v. Infoworks and John Pereless

**Judgment Amount:**          **$254,638.30**          **Date Entered:**     **5/19/2003**

    **Interest Calculation:**

**Interest is calculated pursuant to Rule 4:42-11(a)(iii)**

    2003  @ 5.0%   =   $12,731.91 ÷ 365 = $34.88 x 226 days = $7,882.88
    2004  @ 4.0%   =   $10,185.53 ÷ 366 = $27.82 x 361 days = $10,043.02

        Total Interest          $ 28,139.25
        Total Judgment       $254,638.30

        Total due as of 12/27/04    $282,777.55