IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In the Matter of:

CASE No. 9-04-bk-24712-ALP

COURTNEY PERELESS
JOHN PERELESS

Debtor(s)/

## ORDER OVERRULING TRUSTEE'S OBJECTION TO CLAIM No. 14

This cause came on for consideration, ex parte, on Trustee Objection to Claim No. 14, filed by ROUNDUP FUNDING, LLC/CINGULAR WIRELESS. The Court having reviewed the record, finds that the claim has been withdrawn by the Claimant. Accordingly, it is, therefore

ORDERED, ADJUDGED and DECREED that the Trustee's Objection to Claim No. 14, filed by ROUNDUP FUNDING, LLC/CINGULAR WIRELESS, be and the same is hereby overruled as moot.

DONE and ORDERED at Tampa, Florida, on September 14, 2007.

_____
Alexander L. Paskay
United States Bankruptcy Judge

cc:
Diane L. Jensen, Trustee, P. O. Drawer 1507, Fort Myers, FL 33902-1507
CYNTHIA P. BURNETTE, Ass't U.S. Trustee, 501 E. Polk Street, #1200, Tampa, Fl  33634
COURTNEY PERELESS & JOHN PERELESS, 29 Woodhollow Road , Colts Neck, NJ  07722, PRO SE, , ,
ROUNDUP FUNDING, LLC/Cingular Wireless, Attn: Steven Kane, MS550; P. O. Box 91121, Seattle, WA  98111