IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In the Matter of:

CASE No. 9-04-bk-24712-ALP

COURTNEY PERELESS
JOHN PERELESS

Debtor(s)/

## OBJECTION TO DEBTOR'S NOTICE OF FILING AMENDMENT TO SCHEDULE C

Comes now, Diane L. Jensen, as Trustee in Bankruptcy of the above case, and she does hereby object to Debtor's Notice of Filing Amendment to Schedule C executed on March 7, 2008, to the extent that it adds homestead (without description) to the Schedule C and as grounds therefor, states as follows:

1. That this case was filed by the Debtors on December 27, 2004 and, at the First Meeting of Creditors, they specifically testified that their mother-in-law was letting them live in her second home. They failed to disclose that they held any legal interest in said real estate (hereinafter the "Real Estate") and the case was closed without any amendment.

2. Subsequently, as a consequence of the Trustee's discovery of another non-disclosed asset, namely a personal injury claim, the case was reopened and the personal injury claim administered by the Trustee. The United States Trustee then further researched other undisclosed assets owned by the Debtors and advised the Trustee that the Debtors had a part interest in Real Estate now being claimed as homestead. The Trustee then filed suit against the mother of Debtor Courtney Pereless, Grace O'Donnell, since, post-petition, Courtney Pereless transferred her interest in the Real Estate to her mother. It is only now after suit has been filed against Grace O'Donnell that the Debtors are retaining counsel and claiming the already-transferred property as their homestead as of the date of filing.

3. The actions of the Debtors in this case in failing to disclose any ownership in the Real Estate at the time of filing and actively concealing it by their testimony should preclude their now being able to claim it as exempt since it was concealed as homestead and not claimed at the time of filing. Their amendment seeking to add the Real Estate to their Schedule C at this time is being filed in bad faith and should be denied since the Real Estate concealed and the Amendment was filed in bad faith.

I hereby certify that a true and correct copy of the above and foregoing has been served by electronic notice if registered in the Electronic Case Filing System, otherwise by U. S. Mail

on the following: **CYNTHIA P. BURNETTE, Ass't U.S. Trustee**, **COURTNEY PERELESS & JOHN PERELESS,** 29 Woodhollow Road , Colts Neck, NJ 07722, and **PRO SE**, on this March 12, 2008

                                      PAVESE LAW FIRM
                                      Attorneys for Trustee
                                      Post Office Drawer 1507
                                      Fort Myers, Florida 33902-1507
                                      (239) 336-6263
                                      (239) 332-2243-fax


                                      By:__/S/ DIANE L. JENSEN_____
                                        Diane L. Jensen
                                        Florida Bar #:153607


F:\WPDATA\SUE\WORDDOCS\Misc\Pereless.John Objection to Amendment to Schedule C.doc