IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In the Matter of:

COURTNEY PERELESS                            CASE No. 9-04-bk-24712-ALP
JOHN PERELESS                                   Chapter 7
                                  Debtor(s)/

**MOTION TO APPROVE COMPROMISE OF ADVERSARY
PROCEEDING AND OBJECTION TO AMENDED CLAIM OF EXEMPTION**

      COMES NOW, Diane L. Jensen, as Trustee in Bankruptcy of the above named Debtors, by and through her undersigned attorney, and she does hereby move unto this Honorable Court for the authority to compromise Adv. Proc. No. 9-08-ap-00044-ALP and an Objection to the Amended Claim of Exemption filed by the Debtors and as grounds therefor would say as follows:

1. That she is the duly qualified and acting Trustee in Bankruptcy of the above named Debtors.

2. At the time of the filing of the bankruptcy petition, the Debtor, COURTNEY PERELESS, had an unscheduled interest in real estate legally described as Lot 172, Saturnia Lakes – Plat Book 2, according to the Plat thereof recorded in Plat Book 38, Page 45, Public Records of Collier County, Florida (hereinafter the "Real Estate") which she owned with her mother, GRACE O'DONNELL (hereinafter "O'Donnell").

3. Since the Real Estate was not scheduled on the bankruptcy petition which was filed by the Debtor on December 27, 2008, it was never claimed as exempt.

4. On or about November 21, 2005, the Debtors conveyed their interest in the Real Estate to O'Donnell without consideration. Thereafter, O'Donnell sold the real estate to a third party for $1,000,000.

5. The Trustee had no knowledge of the existence of the Real Estate or its subsequent transfer until advised by the Office of the United States Trustee in November of 2007.

6. The transfer of the Real Estate by Debtors to O'Donnell was not authorized by the Court and the Trustee argued that she was entitled to receive half of the proceeds of the sale, namely $500,000.

7. As a consequence of the transfer, Trustee filed Adv. Proc. No. 9-08-ap-00044-ALP against O'Donnell who died during the pendency of the adversary proceeding on April 29, 2008. Thereafter, the Trustee served the estate of Grace O'Donnell, who is the current Defendant in the adversary proceeding.

8. On March 11, 2008 and after the adversary proceeding had been initially filed, the Debtors amended their Schedule A and Schedule C attempting to claim their former interest in the Real Estate as exempt.

9. The Trustee filed an objection to said amended claim of exemption on March 12, 2008 claiming that the amendment was filed in bad faith and should be denied since the Real Estate was concealed.

10. In the process of discovery, the Defendant had argued that O'Donnell had been the sole person to pay any money toward the purchase of the Real Estate and also filed a motion to dismiss the adversary alleging the adversary was not timely filed. Further discovery indicated that the net cash to O'Donnell was approximately $121,000 after mortgages and closing expenses were paid.

11. The Defendant has offered to compromise the adversary proceeding and exemption dispute by paying the total sum of $60,000, of which $30,000 would be paid to the trust account of the attorney for Defendant, namely, Jonathan Tolentino, on or before December 15, 2008. Upon approval of the compromise said sum would be transmitted to Diane L. Jensen, Trustee in Bankruptcy of Courtney and John Pereless. The remaining sum of $30,000 would be paid to the Trustee on or before February 15, 2009. Said payments are to be made payable to DIANE L. JENSEN, TRUSTEE, and sent to P.O. Drawer 1507, Fort Myers, FL 33902.

12. The Trustee believes that such a compromise is in the best interest of the bankruptcy estate since it would save further litigation and expense and any uncertainty as to the outcome. Further, it represents a fair resolution of the dispute based on the proceeds distributed.

WHEREFORE, Movant prays for authority to compromise the controversy afore-described including Adv. proceeding No. 9:08-ap-00044-ALP and that upon full payment of the sums due that the above-referenced adversary proceeding be dismissed. The objection to exemption dispute would further be deemed compromised pursuant to this motion. Trustee further prays for authority to reimburse her law firm for the cost of service of this Motion at the rate of 15 cents per copy, and first class postage per envelope.

I hereby certify that a true and correct copy of the above and foregoing has been served by electronic notice if registered in the Electronic Case Filing System, otherwise by U. S. Mail on the following: **CYNTHIA P. BURNETTE, Ass't U.S. Trustee**, **COURTNEY & JOHN PERELESS,** 29 Woodhollow Road , Colts Neck, NJ 07722, **CHRISTIAN B. FELDEN,** 1100 5th Avenue South, Suite 201, Naples, FL 34102, **JONATHAN TOLENTINO, ESQ.**, Attorney for Defendant, 501 Goodlette Road, Suite D-100, Naples, FL 34102, **LARA FERNANDEZ,** Attorney for Trustee in the adversary, Trenam Kemker et. al., P. O. Box 1102, Tampa FL 33601-1102; **B-LINE, LLC/CHASDE BANK USA, N.A.,** Mail Stop 550, 2101 Fourth Ave., Suite 1030, Seattle, WA 98121; **185 MONMOUTH PARKWAY**, c/o Jacob J. Linhart, 3111 University Drive, Suite 608, Coral Springs, FL 33065; 185 **MONMOUTH PARKWAY,** c/o Cross, Truss & Herstik, P.C., 63 W. Main Street, P.O. Box 5008, Freehold, NU 07728; **JOEL H. MOSKOW, ESQ.,** 95 Gables Way, Jackson, NJ 08527-6312; **UNITED TELETECH FINANCIAL FCU,** c/o McKenna Du Pont Higgins & Stone, 229 Broad Street, P.O. Box 610, Red Bank, NJ 07701; U**NITED TELETECH FINANCIAL FCU,** c/o Lynn J. Griffith, P.A., 6338 Presidential Court, Suite 101, Fort Myers, FL 33919; **MARGARITA R. CANCIA MD, PA,** P.O. Box 340569, Tampa, FL 33694; **FDS BANK/MACY'S,** c/o Tsys Debt Mgmt., Inc., P.O. Box 137, Columbus, GA 31902; **AMERICAN EXPRESS TRAVEL**

**RELATED SERVICES CO, INC.,** c/o Becket and Lee, LLP, P.O.B. 3001, Malvern, PA  19355-0701; **NOVA INFORMATION SYSTEM, INC.**, 7300 Chapman Hwy., Knoxville, TN  37920; **NCH HEALTHCARE SYSTEM**, P.O. Box 8569, Naples, FL  34101; **ROUNDUP FUNDING, LLC/CINGULAR WIRELESS**, MS 550, P.O. Box 91121,Seattle, WA  98111-9221 this November 19, 2008.

                                                      PAVESE LAW FIRM
                                                      Attorneys for Trustee
                                                      P. O. Drawer 1507
                                                      Fort Myers, Florida  33902
                                                      (239) 336-6263
                                                      (239) 332-2243 - fax

                                                      By:____/S/ DIANE L. JENSEN_____
                                                          Diane L. Jensen
                                                          Florida Bar No. 153607

F:\WPDATA\SUE\WORDDOCS\COMPROMISE\Pereless.Courtney and John.doc