IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In the Matter of:

COURTNEY PERELESS
JOHN PERELESS

CASE No. 9-04-bk-24712-ALP

Debtor(s)
_____/

## AMENDED
## CERTIFICATION OF TRUSTEE'S FINAL REPORT

   I, DIANE L. JENSEN, Chapter 7 Trustee of the above referenced estate have faithfully and properly fulfilled the duties of the office of trustee as enumerated in 11 U.S.C. 704. I have fully administered the estate and all non-exempt assets have been converted into cash or otherwise disposed of under order of Court or as allowed by law. I have reviewed all claims, as appropriate under the proposed distribution, and all appropriate objections have been filed and ruled upon by the Court. I have filed all required tax returns, submitted a proposed distribution and provided the United States Trustee with all original bank statements and canceled checks which reflect all estate transactions as of the date of this report.

   I HEREBY CERTIFY under penalty of perjury that the above statements are true and correct and this estate has been fully administered. Accordingly, I request that the Court accept this final report and award final compensation.

Dated: June 3, 2009

RESPECTFULLY SUBMITTED

Diane L. Jensen, Trustee
P.O. Drawer 1507
Fort Myers, FL  33902
(239) 334-2195
FAX: (239) 332-2243

### REVIEW BY UNITED STATES TRUSTEE

I have reviewed the Trustee's Final Report and Proposed Distribution.
DATED:_____        UNITED STATES TRUSTEE

06/05/09

By:_____

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In the Matter of:

COURTNEY PERELESS
JOHN PERELESS

CASE No. 9-04-bk-24712-ALP

Debtor(s)
_____/

## AMENDED
## TRUSTEE'S FINAL REPORT

TO:   THE HONORABLE ALEXANDER L. PASKAY, UNITED STATES BANKRUPTCY JUDGE

1.   I, DIANE L. JENSEN, pursuant to Section 7004, Bankruptcy Code, do hereby make and file this, my Trustee's Final Report as Trustee of the estate of the above named Debtor, having heretofore qualified and now acting as said Trustee.

2.   I have, as such Trustee, and also previously as Interim Trustee, conducted the settlement of said estate and all of the assets belonging to said estate have been converted into cash or disposed of pursuant to and in accordance with the rules and practices of this Court.

3.   The account attached hereto and marked Exhibit "A", Disposition of Assets, is true and correct and contains a concise description of all property, along with its disposition.

4.   The total monies received was:   $ 516,809.35

5.   All disbursements made herein are shown on my account attached hereto marked Exhibit "B", Disbursements, and such account contains entries of each and every payment made herein and shows to whom made and for what purpose. All payments reported as made by me have been so made.

   Total disbursements were:   $ 145,829.95

6.   The balance remaining is:   $ 370,979.40

7.   These funds are not in an interest-bearing account.

Dated: June 3, 2009

RESPECTFULLY SUBMITTED

Diane L. Jensen, Trustee
P. O. Drawer 1507
Port Myers, FL 33902
(239) 334-2195
FAX: (239) 332-2243

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 04-24712  9P7  Judge: Alexander L. Paskay | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | PERELESS, COURTNEY / PERELESS, JOHN | Date Filed (f) or Converted (c): | 12/27/04 (f) |
| | | 341(a) Meeting Date: | 01/26/05 |
| For Period Ending: | 06/03/09 | Claims Bar Date: | 04/16/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNT(s) | 675.00 | 0.00 | DA | 0.00 | FA |
| 2. CLOTHING | 1,250.00 | 0.00 | DA | 0.00 | FA |
| 3. PERSONAL INJURY ACTION (u) | 0.00 | 450,000.00 | | 450,000.00 | FA |
| 4. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6,809.35 | Unknown |
| 5. suit v. O'Donnell re transfer of real estate | 0.00 | 60,000.00 | | 60,000.00 | FA |
| 6. HOMESTEAD | 200,000.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)   $201,925.00   $510,000.00         $516,809.35

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

2/25/09: Final report filed

compromise approved and first installment paid-last payment due 2-15-09December 17, 2008, 03:12 pm dictated draft motion to compromise O'Donnell adversary-$30000 due 12-15-08 to be transmitted on approval of the compromise;balance due by 2-15-09November 18, 2008, 10:51 am November 18, 2008, 10:50 am extension on answer given to 10-17-08 to find Fla counselSeptember 02, 2008, 11:42 am estate to be substituted and reservedJuly 10, 2008, 07:19 am defendant died; estate will need to be substitued when openedMay 09, 2008, 11:19 am Adv. 9-08-ap-44-ALP- v. Grace O'Donnell, Answer due 2/27/08; January 29, 2008 (SH)

dictated complaint v. O'DonnellJanuary 28, 2008, 11:09 am did demand to Grace O'Donnell after review of letter from TinkerDecember 03, 2007, 10:27 am
12/7/07: Trustee's office returned TFR
9/14/07: Final report filed

LFORM1                                                                                                             Ver: 14.31

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

| | | | |
|---|---|---|---|
| Case No: | 04-24712    9P7    Judge: Alexander L. Paskay | Trustee Name: | DIANE L. JENSEN |
| Case Name: | PERELESS, COURTNEY | Date Filed (f) or Converted (c): | 12/27/04 (f) |
| | PERELESS, JOHN | 341(a) Meeting Date: | 01/26/05 |
| | | Claims Bar Date: | 04/16/07 |

Will file Final Report as soon as possible. August 03, 2007 (SH)

claims hearing 7-13-07June 13, 2007, 02:31 pm Will file Final Report as soon as possible. April 30, 2007, 09:23 am balance of $50000 paidApril 30, 2007, 09:23 am do L to Gill re $50000 stilll dueApril 24, 2007, 10:45 am did followup re remaining $50000April 19, 2007, 04:00 pm $400,000 to be sent immediately, $50,000 to be coming from separate payeeMarch 29, 2007, 08:49 am did followup on payment of monies due and fee appliication neededMarch 21, 2007, 01:43 pm compromise approved and letter to special counsel dictatedMarch 08, 2007, 04:24 pm motion to compromise personal injury case filed February 01, 2007, 02:16 pm(case reopened)

Initial Projected Date of Final Report (TFR): 09/20/07          Current Projected Date of Final Report (TFR): 12/20/08

LFORM1                                                                                                                                                                    Ver: 14.31

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 04-24712 -9P7 | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | PERELESS, COURTNEY | Bank Name: | Bank of America |
|  | PERELESS, JOHN | Account Number / CD #: | *******6934 TIP Account |
| Taxpayer ID No: | *******1067 | | |
| For Period Ending: | 06/03/09 | Blanket Bond (per case limit): | $ 750,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/02/07 | 3 | GILL & CHAMAS #59039 | PERSONAL INJURY LAWSUIT RECOVE | 1242-000 | 122,708.89 | | 122,708.89 |
| 04/02/07 | 3 | GILL & CHAMAS #17767 | PERSONAL INJURY LAWSUIT RECOVE | 1242-000 | 277,291.11 | | 400,000.00 |
| 04/30/07 | 3 | PROFORMANCE INS CO #0000182156 | PERSONAL INJURY LAWSUIT RECOVE | 1142-000 | 50,000.00 | | 450,000.00 |
| 04/30/07 | 4 | Bank of America | Interest Rate 1.000 | 1270-000 | 272.00 | | 450,272.00 |
| 05/31/07 | 4 | Bank of America | Interest Rate 1.750 | 1270-000 | 387.32 | | 450,659.32 |
| 06/29/07 | 4 | Bank of America | Interest Rate 1.750 | 1270-000 | 648.20 | | 451,307.52 |
| 07/31/07 | 4 | Bank of America | Interest Rate 1.750 | 1270-000 | 670.79 | | 451,978.31 |
| 08/31/07 | 4 | Bank of America | Interest Rate 1.750 | 1270-000 | 671.78 | | 452,650.09 |
| 09/28/07 | 4 | Bank of America | Interest Rate 1.600 | 1270-000 | 617.58 | | 453,267.67 |
| 10/31/07 | 4 | Bank of America | Interest Rate 1.600 | 1270-000 | 615.95 | | 453,883.62 |
| 11/30/07 | 4 | Bank of America | Interest Rate 1.600 | 1270-000 | 596.89 | | 454,480.51 |
| 12/31/07 | 4 | Bank of America | Interest Rate 1.100 | 1270-000 | 611.37 | | 455,091.88 |
| 01/31/08 | 4 | Bank of America | Interest Rate 0.700 | 1270-000 | 419.07 | | 455,510.95 |
| 02/29/08 | 4 | Bank of America | Interest Rate 0.700 | 1270-000 | 252.65 | | 455,763.60 |
| 03/05/08 | 000101 | GILL & CHAMAS LLC<br>Attn: Raymond A. Gill, Jr., Esq.<br>P. O. Box 760<br>Woodbridge, NJ 07095 | SPECIAL COUNSEL FEES<br>per order 2/20/08 | 3210-000 | | 142,000.00 | 313,763.60 |
| 03/05/08 | 000102 | GILL & CHAMAS LLC<br>Attn: Raymond A. Gill, Jr., Esq.<br>P. O. Box 760<br>Woodbridge, NJ 07095 | SPECIAL COUNSEL EXPENSES<br>PER ORDER 2/20/08 | 3220-000 | | 3,693.95 | 310,069.65 |
| 03/21/08 | 000103 | CLERK OF CIRCUIT COURT, COLLIER COUNTY | certified copies of documents | 2990-000 | | 57.50 | 310,012.15 |
| 03/28/08 | 000104 | JOHNSON TRANSCRIPTION SERVICE<br>Attn: Kimberley S. Johnson, CVR<br>7702 Lake Cypress Drive<br>Odessa, FL 33556 | transcription of 341 meeting<br>invoice KJ-032708G | 2200-000 | | 78.50 | 309,933.65 |
| 03/31/08 | 4 | Bank of America | Interest Rate 0.500 | 1270-000 | 187.98 | | 310,121.63 |
| 04/30/08 | 4 | Bank of America | Interest Rate 0.500 | 1270-000 | 127.12 | | 310,248.75 |

Page Subtotals    456,078.70    145,829.95

LFORM24    Ver: 14.31

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-24712 -9P7 | | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|---|
| Case Name: | PERELESS, COURTNEY | | Bank Name: | Bank of America |
| | PERELESS, JOHN | | Account Number / CD #: | *******6934 TIP Account |
| Taxpayer ID No: | *******1067 | | | |
| For Period Ending: | 06/03/09 | | Blanket Bond (per case limit): | $ 750,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 05/30/08 | 4 | Bank of America | Interest Rate 0.350 | 1270-000 | 91.97 | | 310,340.72 |
| 06/30/08 | 4 | Bank of America | Interest Rate 0.350 | 1270-000 | 89.04 | | 310,429.76 |
| 07/31/08 | 4 | Bank of America | Interest Rate 0.350 | 1270-000 | 92.03 | | 310,521.79 |
| 08/29/08 | 4 | Bank of America | Interest Rate 0.350 | 1270-000 | 92.04 | | 310,613.83 |
| 09/30/08 | 4 | Bank of America | Interest Rate 0.350 | 1270-000 | 89.12 | | 310,702.95 |
| 10/31/08 | 4 | Bank of America | Interest Rate 0.300 | 1270-000 | 82.77 | | 310,785.72 |
| 11/28/08 | 4 | Bank of America | Interest Rate 0.300 | 1270-000 | 76.42 | | 310,862.14 |
| 12/18/08 | 5 | JONATHAN TOLENTINO TRUST #1637 | | 1249-000 | 30,000.00 | | 340,862.14 |
| 12/31/08 | 4 | Bank of America | Interest Rate 0.030 | 1270-000 | 47.13 | | 340,909.27 |
| 01/30/09 | 4 | Bank of America | Interest Rate 0.030 | 1270-000 | 8.69 | | 340,917.96 |
| 02/23/09 | 5 | FIERRO, FIERRO & LIZZARD TRUST #1340888<br>(remainder of funds due on Pereless) | LITIGATION | 1129-000 | 30,000.00 | | 370,917.96 |
| 02/27/09 | 4 | Bank of America | Interest Rate 0.030 | 1270-000 | 7.89 | | 370,925.85 |
| 03/31/09 | 4 | Bank of America | Interest Rate 0.030 | 1270-000 | 9.45 | | 370,935.30 |
| 04/30/09 | 4 | Bank of America | Interest Rate 0.070 | 1270-000 | 21.34 | | 370,956.64 |
| 05/29/09 | 4 | Bank of America | Interest Rate 0.070 | 1270-000 | 22.05 | | 370,978.69 |
| 06/02/09 | 4 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.71 | | 370,979.40 |
| 06/02/09 | | Transfer to Acct #*******3940 | Final Posting Transfer | 9999-000 | | 370,979.40 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 516,809.35 | 516,809.35 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 370,979.40 | |
| Subtotal | 516,809.35 | 145,829.95 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 516,809.35 | 145,829.95 | |

Page Subtotals    60,730.65    370,979.40

LFORM24    Ver: 14.31


## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 04-24712 -9P7 | Trustee Name: | DIANE L. JENSEN |
| --- | --- | --- | --- |
| Case Name: | PERELESS, COURTNEY / PERELESS, JOHN | Bank Name: | Bank of America |
| Taxpayer ID No: | *******1067 | Account Number / CD #: | *******3940 Checking Account (Non-Interest Earn |
| For Period Ending: | 06/03/09 | Blanket Bond (per case limit): | $ 750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/02/09 | | Transfer from Acct #*******6934 | Transfer In From MMA Account | 9999-000 | 370,979.40 | | 370,979.40 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | 370,979.40 | 0.00 | 370,979.40 |
| Less: Bank Transfers/CD's | 370,979.40 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TIP Account - *******6934 | 516,809.35 | 145,829.95 | 0.00 |
| Checking Account (Non-Interest Earn - *******3940 | 0.00 | 0.00 | 370,979.40 |
| | 516,809.35 | 145,829.95 | 370,979.40 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    370,979.40    0.00

LFORM24

Ver: 14.31

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In the Matter of:

COURTNEY PERELESS
JOHN PERELESS

CASE No. 9-04-bk-24712 -ALP

Debtor(s)
_____/

AMENDED
EXHIBIT "D"
APPLICATION FOR ADMINISTRATIVE FEES AND EXPENSES

I, Diane L. Jensen, Trustee of the above estate, hereby report that I have reviewed all administrative expenses filed in this case and have consented to the allowance of the following:

| Applicant Name and Address | Chap. 7 | Chap. 11 | Chap. 13 |
|---|---|---|---|
| Diane L. Jensen<br>P. O. Drawer 1507<br>Fort Myers, FL 33902<br>(239) 334-2195<br>  Trustee Fee<br>  Expense | $29090.47<br>$659.56 | | |
| Diane L. Jensen, Attorney Fee<br>Pavese Law Firm<br>P.O. Box 1507<br>Fort Myers, FL 33902 | $5790.00 | | |
| Clerk, U.S. Bankruptcy Court<br>801 N. Florida Ave., Ste. 727<br>Tampa, FL 33602<br>  Re-open fee<br>  Adversary Proceeding #08-44 | $220.00<br>$250.00 | | |
| Trenam, Kemker, Scharf et al<br>c/o Lara Fernandez<br>Ste. 2700, Bank of America Plaza<br>101 East Kennedy Blvd.<br>Tampa, FL 33602<br>  Special Counsel Fees<br>  Special Counsel Expenses | $11,082.00<br>$155.47 | | |
| | | | |