UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re: §
§
PERELESS, COURTNEY § Case No. 9-04-bk-24712-ALP
PERELESS, JOHN §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DIANE L. JENSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,925.00 | Assets Exempt: 201,475.12 |
| Total Distributions to Claimants: 323,731.90 | Claims Discharged Without Payment: 2,166,395.14 |
| Total Expenses of Administration: 193,077.45 | |

3) Total gross receipts of $ 516,809.35  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 516,809.35  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 193,077.45 | 193,077.45 | 193,077.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,116,818.23 | 373,308.81 | 373,308.81 | 323,731.90 |
| **TOTAL DISBURSEMENTS** | $ 2,116,818.23 | $ 566,386.26 | $ 566,386.26 | $ 516,809.35 |

    4) This case was originally filed under chapter 7 on 12/27/2004 . The case was pending for 59 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/04/2009    By:/s/DIANE L. JENSEN
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| suit v. O'Donnell re transfer of real estate | 1129-000 | 30,000.00 |
| PERSONAL INJURY ACTION | 1142-000 | 50,000.00 |
| PERSONAL INJURY ACTION | 1242-000 | 400,000.00 |
| suit v. O'Donnell re transfer of real estate | 1249-000 | 30,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 6,809.35 |
| **TOTAL GROSS RECEIPTS** | | **$516,809.35** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DIANE L. JENSEN | 2100-000 | NA | 29,090.47 | 29,090.47 | 29,090.47 |
| DIANE L. JENSEN | 2200-000 | NA | 659.56 | 659.56 | 659.56 |
| JOHNSON TRANSCRIPTION SERVICE | 2200-000 | NA | 78.50 | 78.50 | 78.50 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 220.00 | 220.00 | 220.00 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 250.00 | 250.00 | 250.00 |
| CLERK OF CIRCUIT COURT, COLLIER COU | 2990-000 | NA | 57.50 | 57.50 | 57.50 |
| DIANE L. JENSEN | 3110-000 | NA | 5,790.00 | 5,790.00 | 5,790.00 |
| GILL & CHAMAS LLC | 3210-000 | NA | 142,000.00 | 142,000.00 | 142,000.00 |
| TRENAM, KEMKER, SCHARF ET AL | 3210-000 | NA | 11,082.00 | 11,082.00 | 11,082.00 |
| GILL & CHAMAS LLC | 3220-000 | NA | 3,693.95 | 3,693.95 | 3,693.95 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRENAM, KEMKER, SCHARF ET AL | 3220-000 | NA | 155.47 | 155.47 | 155.47 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 193,077.45 | $ 193,077.45 | $ 193,077.45 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Total for Schedule F | | 2,116,818.23 | NA | NA | 0.00 |
| 185 MONMOUTH PARKWAY ASSOCIATES, LP | 7100-000 | NA | 282,777.55 | 282,777.55 | 245,223.56 |
| AMERICAN EXPRESS TRAVEL REL. SVCS. | 7100-000 | NA | 2,331.94 | 2,331.94 | 2,022.25 |
| B-LINE LLC | 7100-000 | NA | 16,388.88 | 16,388.88 | 14,212.37 |
| MARGARITA R. CANCIO MD PA | 7100-000 | NA | 605.00 | 605.00 | 524.65 |
| MOSKOW, JOEL H. | 7100-000 | NA | 229.00 | 229.00 | 198.59 |
| NCH HEALTHCARE SYSTEM | 7100-000 | NA | 29,624.69 | 29,624.69 | 25,690.41 |
| NOVA INFORMATION SYSTEM, INC. | 7100-000 | NA | 6,155.00 | 6,155.00 | 5,337.59 |
| UNITED TELETECH FEDERAL CREDIT UNIO | 7100-000 | NA | 35,196.75 | 35,196.75 | 30,522.48 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ 2,116,818.23 | $ 373,308.81 | $ 373,308.81 | $ 323,731.90 |

Page: 1
Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:       04-24712    ALP    Judge: ALEXANDER L. PASKAY        Trustee Name:                         DIANE L. JENSEN
Case Name:     PERELESS, COURTNEY                                   Date Filed (f) or Converted (c):      12/27/04 (f)
               PERELESS, JOHN                                       341(a) Meeting Date:                  01/26/05
For Period Ending: 11/04/09                                         Claims Bar Date:                      04/16/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNT(s) | 675.00 | 0.00 | | 0.00 | FA |
| 2. CLOTHING | 1,250.00 | 0.00 | | 0.00 | FA |
| 3. PERSONAL INJURY ACTION (u) | 0.00 | 450,000.00 | | 450,000.00 | FA |
| 4. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6,809.35 | Unknown |
| 5. suit v. O'Donnell re transfer of real estate | 0.00 | 60,000.00 | | 60,000.00 | FA |
| 6. HOMESTEAD | 200,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $201,925.00 | $510,000.00 | | $516,809.35 | $0.00 |
| | | | | Gross Value of Remaining Assets | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

2/25/09: Final report filed

compromise approved and first installment paid-last payment due 2-15-09December 17, 2008, 03:12 pm dictated draft motion to compromise O'Donnell adversary-$30000 due 12-15-08 to be transmitted on approval of the compromise;balance due by 2-15-09November 18, 2008, 10:51 am  November 18, 2008, 10:50 am extension on answer given to 10-17-08 to find Fla counselSeptember 02, 2008, 11:42 am estate to be substituted and reservedJuly 10, 2008, 07:19 am defendant died; estate will need to be substituted when openedMay 09, 2008, 11:19 am Adv. 9-08-ap-44-ALP- v. Grace O'Donnell, Answer due 2/27/08; January 29, 2008 (SH)

dictated complaint v. O'DonnellJanuary 28, 2008, 11:09 am did demand to Grace O'Donnell after review of letter from TinkerDecember 03, 2007, 10:27 am
12/7/07: Trustee's office returned TFR

LFORM1    **UST Form 101-7-TDR (9/1/2009)** *(Page: 7)*                                                        Ver: 15.02

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| Case No: | 04-24712   ALP   Judge: ALEXANDER L. PASKAY | Trustee Name: DIANE L. JENSEN |
| Case Name: | PERELESS, COURTNEY | Date Filed (f) or Converted (c): 12/27/04 (f) |
| | PERELESS, JOHN | 341(a) Meeting Date: 01/26/05 |
| | | Claims Bar Date: 04/16/07 |

9/14/07: Final report filed

Will file Final Report as soon as possible.   August 03, 2007 (SH)

claims hearing 7-13-07June 13, 2007, 02:31 pm Will file Final Report as soon as possible. April 30, 2007, 09:23 am balance of $50000 paidApril 30, 2007, 09:23 am do L to Gill re $50000 still dueApril 24, 2007, 10:45 am did followup re remaining $50000April 19, 2007, 04:00 pm $400,000 to be sent immediately, $50,000 to be coming from separate payeeMarch 29, 2007, 08:49 am did followup on payment of monies due and fee appliication neededMarch 21, 2007, 01:43 pm compromise approved and letter to special counsel dictatedMarch 08, 2007, 04:24 pm motion to compromise personal injury case filed February 01, 2007, 02:16 pm(case reopened)

Initial Projected Date of Final Report (TFR): 09/20/07            Current Projected Date of Final Report (TFR): 12/20/08

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-24712 -ALP | | Trustee Name: | DIANE L. JENSEN |
| Case Name: | PERELESS, COURTNEY | | Bank Name: | Bank of America |
| | PERELESS, JOHN | | Account Number / CD #: | *******6934 TIP Account |
| Taxpayer ID No: | *******1067 | | Blanket Bond (per case limit): | $ 750,000.00 |
| For Period Ending: | 11/04/09 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/07 | 3 | GILL & CHAMAS #59039 | PERSONAL INJURY LAWSUIT RECOVE | 1242-000 | 122,708.89 | | 122,708.89 |
| 04/02/07 | 3 | GILL & CHAMAS #17767 | PERSONAL INJURY LAWSUIT RECOVE | 1242-000 | 277,291.11 | | 400,000.00 |
| 04/30/07 | 3 | PROFORMANCE INS CO #000182156 | PERSONAL INJURY LAWSUIT RECOVE | 1142-000 | 50,000.00 | | 450,000.00 |
| 04/30/07 | 4 | Bank of America | Interest Rate 1.000 | 1270-000 | 272.00 | | 450,272.00 |
| 05/31/07 | 4 | Bank of America | Interest Rate 1.750 | 1270-000 | 387.32 | | 450,659.32 |
| 06/29/07 | 4 | Bank of America | Interest Rate 1.750 | 1270-000 | 648.20 | | 451,307.52 |
| 07/31/07 | 4 | Bank of America | Interest Rate 1.750 | 1270-000 | 670.79 | | 451,978.31 |
| 08/31/07 | 4 | Bank of America | Interest Rate 1.750 | 1270-000 | 671.78 | | 452,650.09 |
| 09/28/07 | 4 | Bank of America | Interest Rate 1.600 | 1270-000 | 617.58 | | 453,267.67 |
| 10/31/07 | 4 | Bank of America | Interest Rate 1.600 | 1270-000 | 615.95 | | 453,883.62 |
| 11/30/07 | 4 | Bank of America | Interest Rate 1.600 | 1270-000 | 596.89 | | 454,480.51 |
| 12/31/07 | 4 | Bank of America | Interest Rate 1.100 | 1270-000 | 611.37 | | 455,091.88 |
| 01/31/08 | 4 | Bank of America | Interest Rate 0.700 | 1270-000 | 419.07 | | 455,510.95 |
| 02/29/08 | 4 | Bank of America | Interest Rate 0.700 | 1270-000 | 252.65 | | 455,763.60 |
| 03/05/08 | 000101 | GILL & CHAMAS LLC Attn: Raymond A. Gill, Jr., Esq. P. O. Box 760 Woodbridge, NJ 07095 | SPECIAL COUNSEL FEES per order 2/20/08 | 3210-000 | | 142,000.00 | 313,763.60 |
| 03/05/08 | 000102 | GILL & CHAMAS LLC Attn: Raymond A. Gill, Jr., Esq. P. O. Box 760 Woodbridge, NJ 07095 | SPECIAL COUNSEL EXPENSES PER ORDER 2/20/08 | 3220-000 | | 3,693.95 | 310,069.65 |
| 03/21/08 | 000103 | CLERK OF CIRCUIT COURT, COLLIER COUNTY | certified copies of documents | 2990-000 | | 57.50 | 310,012.15 |
| 03/28/08 | 000104 | JOHNSON TRANSCRIPTION SERVICE Attn: Kimberley S. Johnson, CVR 7702 Lake Cypress Drive Odessa, FL 33556 | transcription of 341 meeting invoice KJ-032708G | 2200-000 | | 78.50 | 309,933.65 |
| 03/31/08 | 4 | Bank of America | Interest Rate 0.500 | 1270-000 | 187.98 | | 310,121.63 |
| | | | | Page Subtotals | 455,951.58 | 145,829.95 | |

LFORM24   UST Form 101-7-TDR (9/1/2009) *(Page: 9)*                                                                                     Ver: 15.02

Page: 2
Exhibit 9

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-24712 -ALP | Trustee Name: | DIANE L. JENSEN |
| --- | --- | --- | --- |
| Case Name: | PERELESS, COURTNEY | Bank Name: | Bank of America |
| | PERELESS, JOHN | Account Number / CD #: | *******6934 TIP Account |
| Taxpayer ID No: | *******1067 | | |
| For Period Ending: | 11/04/09 | Blanket Bond (per case limit): | $ 750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/08 | 4 | Bank of America | Interest Rate 0.500 | 1270-000 | 127.12 | | 310,248.75 |
| 05/30/08 | 4 | Bank of America | Interest Rate 0.350 | 1270-000 | 91.97 | | 310,340.72 |
| 06/30/08 | 4 | Bank of America | Interest Rate 0.350 | 1270-000 | 89.04 | | 310,429.76 |
| 07/31/08 | 4 | Bank of America | Interest Rate 0.350 | 1270-000 | 92.03 | | 310,521.79 |
| 08/29/08 | 4 | Bank of America | Interest Rate 0.350 | 1270-000 | 92.04 | | 310,613.83 |
| 09/30/08 | 4 | Bank of America | Interest Rate 0.350 | 1270-000 | 89.12 | | 310,702.95 |
| 10/31/08 | 4 | Bank of America | Interest Rate 0.300 | 1270-000 | 82.77 | | 310,785.72 |
| 11/28/08 | 4 | Bank of America | Interest Rate 0.300 | 1270-000 | 76.42 | | 310,862.14 |
| 12/18/08 | 5 | JONATHAN TOLENTINO TRUST #1637 | | 1249-000 | 30,000.00 | | 340,862.14 |
| 12/31/08 | 4 | Bank of America | Interest Rate 0.030 | 1270-000 | 47.13 | | 340,909.27 |
| 01/30/09 | 4 | Bank of America | Interest Rate 0.030 | 1270-000 | 8.69 | | 340,917.96 |
| 02/23/09 | 5 | FIERRO, FIERRO & LIZZARD TRUST #1340888 (remainder of funds due on Pereless) | LITIGATION | 1129-000 | 30,000.00 | | 370,917.96 |
| 02/27/09 | 4 | Bank of America | Interest Rate 0.030 | 1270-000 | 7.89 | | 370,925.85 |
| 03/31/09 | 4 | Bank of America | Interest Rate 0.030 | 1270-000 | 9.45 | | 370,935.30 |
| 04/30/09 | 4 | Bank of America | Interest Rate 0.070 | 1270-000 | 21.34 | | 370,956.64 |
| 05/29/09 | 4 | Bank of America | Interest Rate 0.070 | 1270-000 | 22.05 | | 370,978.69 |
| 06/02/09 | 4 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.71 | | 370,979.40 |
| 06/02/09 | | Transfer to Acct #*******3940 | Final Posting Transfer | 9999-000 | | 370,979.40 | 0.00 |

| | | Page Subtotals | 60,857.77 | 370,979.40 |
| --- | --- | --- | --- | --- |

Page: 3
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-24712 -ALP | Trustee Name: | DIANE L. JENSEN |
| Case Name: | PERELESS, COURTNEY | Bank Name: | Bank of America |
| | PERELESS, JOHN | Account Number / CD #: | *******6934 TIP Account |
| Taxpayer ID No: | *******1067 | | |
| For Period Ending: | 11/04/09 | Blanket Bond (per case limit): | $ 750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 516,809.35 | 516,809.35 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 370,979.40 | |
| | | | Subtotal | | 516,809.35 | 145,829.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 516,809.35 | 145,829.95 | |

Page Subtotals  0.00  0.00

Page: 4
Exhibit 9

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-24712 -ALP | Trustee Name: | DIANE L. JENSEN |
| --- | --- | --- | --- |
| Case Name: | PERELESS, COURTNEY | Bank Name: | Bank of America |
| | PERELESS, JOHN | Account Number / CD #: | \*\*\*\*\*\*\*3940  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | \*\*\*\*\*\*\*1067 | Blanket Bond (per case limit): | $  750,000.00 |
| For Period Ending: | 11/04/09 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/02/09 | | Transfer from Acct #\*\*\*\*\*\*\*6934 | Transfer In From MMA Account | 9999-000 | 370,979.40 | | 370,979.40 |
| 06/12/09 | 001001 | DIANE L. JENSEN P. O. DRAWER 1507 FORT MYERS, FL  33902 | Chapter 7 Compensation/Fees | 2100-000 | | 29,090.47 | 341,888.93 |
| 06/12/09 | 001002 | DIANE L. JENSEN P. O. DRAWER 1507 FORT MYERS, FL  33902 | Chapter 7 Expenses | 2200-000 | | 659.56 | 341,229.37 |
| 06/12/09 | 001003 | CLERK, U.S. Bankruptcy Court U.S. Courthouse 801 N. Florida Ave., Suite 727 TAMPA, FL 33602-3899 | Claim ADM, Payment 100.00000% REOPEN FEE | 2700-000 | | 220.00 | 341,009.37 |
| 06/12/09 | 001004 | CLERK, U.S. Bankruptcy Court U.S. Courthouse 801 N. Florida Ave., Suite 727 TAMPA, FL 33602-3899 | Claim ADM, Payment 100.00000% ADVERSARY PROCEEDING #08-44 | 2700-000 | | 250.00 | 340,759.37 |
| 06/12/09 | 001005 | DIANE L. JENSEN | Claim ADM, Payment 100.00000% File # 69904.226 | 3110-000 | | 5,790.00 | 334,969.37 |
| 06/12/09 | 001006 | TRENAM, KEMKER, SCHARF ET AL C/O LARA FERNANDEZ STE. 2700, BANK OF AMERICA PLAZA 101 EAST KENNEDY BLVD. TAMPA,  FL  33602 | Claim ADM, Payment 100.00000% SPECIAL COUNSEL FEES | 3210-000 | | 11,082.00 | 323,887.37 |
| 06/12/09 | 001007 | TRENAM, KEMKER, SCHARF ET AL C/O LARA FERNANDEZ STE. 2700, BANK OF AMERICA PLAZA 101 EAST KENNEDY BLVD. TAMPA,  FL  33602 | Claim ADM, Payment 100.00000% SPECIAL COUNSEL EXPENSES | 3220-000 | | 155.47 | 323,731.90 |
| 06/12/09 | 001008 | B-LINE LLC c/o Weinstein, Treiger & Riley, PS | Claim 03-2, Payment 86.71959% | 7100-000 | | 14,212.37 | 309,519.53 |
| | | | | Page Subtotals | 370,979.40 | 61,459.87 | |

LFORM24     **UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*                                          Ver: 15.02

Page: 5
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-24712 -ALP | Trustee Name: | DIANE L. JENSEN |
| Case Name: | PERELESS, COURTNEY | Bank Name: | Bank of America |
| | PERELESS, JOHN | Account Number / CD #: | *******3940 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1067 | | |
| For Period Ending: | 11/04/09 | Blanket Bond (per case limit): | $ 750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | MS 550 2101 Fourth Ave., Ste. 1030 Seattle, WA 98121 | | | | | 309,320.94 |
| 06/12/09 | 001009 | JOEL H. MOSKOW 95 GABLES WAY JACKSON, NJ 08527-6312 | Claim 04-1, Payment 86.72052% | 7100-000 | | 198.59 | |
| 06/12/09 | 001010 | 185 MONMOUTH PARKWAY ASSOCIATES, LP C/O GROSS, TRUSS & HERSTIK, PC 63 WEST MAIN STREET, P.O. BOX 5008 FREEHOLD, NJ 07728 | Claim 05-2, Payment 86.71960% | 7100-000 | | 245,223.56 | 64,097.38 |
| 06/12/09 | 001011 | (FORMERLY KNOWN AS CLAIM #9) MARGARITA R. CANCIO MD PA P. O. BOX 340569 TAMPA, FL 33694 | Claim 07-1, Payment 86.71901% | 7100-000 | | 524.65 | 63,572.73 |
| 06/12/09 | 001012 | AMERICAN EXPRESS TRAVEL REL. SVCS. C/O Becket & Lee LLP P.O. Box 3001, Dept. U Malvern, PA 19355-0701 | Claim 10-1, Payment 86.71964% | 7100-000 | | 2,022.25 | 61,550.48 |
| 06/12/09 | 001013 | NOVA INFORMATION SYSTEM, INC. 7300 CHAPMAN HIGHWAY KNOXVILLE, TN 37920 | Claim 11-1, Payment 86.71958% | 7100-000 | | 5,337.59 | 56,212.89 |
| 06/12/09 | 001014 | NCH HEALTHCARE SYSTEM P.O. Box 8569 Naples, FL 34101-8569 | Claim 12-1, Payment 86.71959% | 7100-000 | | 25,690.41 | 30,522.48 |
| 06/12/09 | 001015 | UNITED TELETECH FEDERAL CREDIT UNION C/O LYNN J. GRIFITH, P.A. 6338 PRESIDENTIAL COURT, STE. 101 FORT MYERS, FL 33919 | Claim 13-1, Payment 86.71960% | 7100-000 | | 30,522.48 | 0.00 |

Page Subtotals    0.00    309,519.53

LFORM24    **UST Form 101-7-TDR (9/1/2009)** *(Page: 13)*    Ver: 15.02

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 04-24712 -ALP |
| Case Name: | PERELESS, COURTNEY |
| | PERELESS, JOHN |
| Taxpayer ID No: | *******1067 |
| For Period Ending: | 11/04/09 |

| | |
|---|---|
| Trustee Name: | DIANE L. JENSEN |
| Bank Name: | Bank of America |
| Account Number / CD #: | *******3940 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 750,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 370,979.40 | 370,979.40 |
| Less: Bank Transfers/CD's | 370,979.40 | 0.00 |
| Subtotal | 0.00 | 370,979.40 |
| Less: Payments to Debtors | 0.00 | 0.00 |
| Net | 0.00 | 370,979.40 |

|   |   |   |   |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | | NET DISBURSEMENTS |
| TIP Account - *********6934 | 516,809.35 | | 145,829.95 |
| Checking Account (Non-Interest Earn - *********3940 | 0.00 | | 370,979.40 |
| | 516,809.35 | | 516,809.35 |
| | (Excludes Account Transfers) | | (Excludes Payments To Debtors) |

ACCOUNT BALANCE

Total Funds On Hand    0.00

Page Subtotals        0.00        0.00