[87fd] [FINAL DECREE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                                                                         Case No. 9:04−bk−24712−ALP
Chapter 7

Courtney Pereless
29 Woodhollow Rd
Colts Neck, NJ 07722

John Pereless
29 Woodhollow Rd
Colts Neck, NJ 07722

_____Debtor(s)_____/

FINAL DECREE

The estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

− Diane L Jensen is discharged as trustee of the estate of the above−named debtor and the bond as pertains to this case is cancelled;

− the Chapter 7 case of the above−named debtor is closed.

DONE AND ORDERED on December 3, 2009 .

_____
Alexander L. Paskay
United States Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor(s) within the last 6 years (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.